Exhibit L

**Vadim Zilberman**

**From:** Vadim Zilberman
**Sent:** Friday, October 21, 2011 12:50 PM
**To:** alex.shnaider@midland.gg; Rob Lee
**Cc:** Eddie Slinin
**Subject:** Demand for payment
**Attachments:** Demand for payment 10 21 11.pdf

Alex

Attached please find Demand for Payment owed to Mr. Eduard Slinin.

Your thorough attention to the matter followed by the prompt payment is greatly appreciated.

Best regards,

Vadim Zilberman
Chief Financial Officer
All City Funding LLC
335 Bond Street
Brooklyn, NY 11231
718 228-1462

---

Information from ESET NOD32 Antivirus, version of virus signature database 6563 (20111021)

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

---

Information from ESET NOD32 Antivirus, version of virus signature database 6570 (20111024)

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

---

Information from ESET NOD32 Antivirus, version of virus signature database 6574 (20111025)

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

---

Information from ESET NOD32 Antivirus, version of virus signature database 6589 (20111031)

1


EXHIBIT
Zilberman 7
9-25-17 LF

P000328

# All City Funding
335 Bond Street, Brooklyn, NY 11231

October 21, 2011

Robert Lee
Midland Resources Holding Limited
Havelet House, 181 South Esplanade
St. Peter Port, Guernsey, Channel Islands GY1 3JS

Dear Rob,

Received the letter.

We disagree with the content of the letter and the facts in it.

That is the full understanding between Alex Shnaider and Eddie Slinin at the starting of this particular business of aircrafts, buying and selling, that every single expense advanced by Mr. Slinin, will be reimbursed to him from the proceeds of the sale of Challenger 850 bearing manufacturer's serial number C850-8100, and the remaining funds will be distributed 50% to Mr. Shnaider and 50% to Mr. Slinin.

Furthermore, there are funds in the amount of $6.5 million, which Midland/Mr. Shnaider received a credit for from terminating three contracts C850-170, C850-171 and GXRS-0298. Of which 50%, in the amount of $3.25 million, is owed to Mr. Slinin.

Therefore, we are asking Mr. Shnaider to stand by his own commitment and repay money owed to Mr. Slinin in the amount of $3.5 million and $3.25 million, total of $6.75 million, which is three months overdue.

Your kind consideration and honorable response would be greatly appreciated.

In turn, we would like to resolve the issue amicably and continue to do business and trust each other.


Vadim Zilberman
CFO