```
                                                          Page 102
 1              E. SLININ
 2   filed any tax returns with any other
 3   governmental entity?
 4        A.  I don't know.
 5        Q.  Do you know who is
 6   responsible for filing the federal
 7   returns for what you call the Eduard
 8   Slinin/Alex Shnaider partnership?
 9        A.  The accountants, which
10   everybody has its own accountant.
11   Alex Shnaider has his own accountant,
12   and I have my own accountant.
13        Q.  Your accountant is who?
14        A.  Richard Levine.
15        Q.  Is that an outside firm?
16        A.  Yes.
17        Q.  Okay.
18            Is he with a firm?
19        A.  He is with a firm.
20        Q.  Do you remember the name of
21   the firm?
22        A.  Dennis Kalick & Associates.
23        Q.  Do you know if Mr. Levine
24   ever filed anything with any
25   governmental entity on your behalf
```

```
                                                          Page 103
 1              E. SLININ
 2   regarding the Eduard Slinin/Alex
 3   Shnaider partnership that you allege?
 4        A.  No.
 5        Q.  Do you know if Mr. Levine
 6   has any records regarding the Eduard
 7   Slinin/Alex Shnaider partnership?
 8        A.  I don't know.
 9        Q.  Did you ever ask Mr. Levine
10   to prepare -- well, strike that.
11            Did you ever ask Mr. Levine
12   to perform any work with regard to the
13   Eduard Slinin/Alex Shnaider
14   partnership that you asserted?
15        A.  It is not a partnership.
16   It's the money that is owed by Mr.
17   Shnaider to me, he is aware of it.  My
18   accountant is aware of it, and they
19   know everything.
20        Q.  Did you -- strike that.
21            Do you know if you ever
22   reported on any federal tax returns
23   that Mr. Shnaider owed money to you?
24        A.  I don't know.  I have to ask
25   my accountant.
```

```
                                                          Page 104
 1              E. SLININ
 2        Q.  Do you know if you ever
 3   reported on any state tax return that
 4   Mr. Shnaider owed money to?
 5        A.  I don't know.  My accountant
 6   has all that.
 7        Q.  Do you know if you ever
 8   reported on any tax submission to any
 9   other governmental authority that Mr.
10   Shnaider owed money to you?
11        A.  I don't know.  My accountant
12   has that.
13        Q.  Okay.
14            Do you know if you ever
15   receive a K1, a form K1, for the
16   Eduard Slinin/Alex Shnaider
17   partnership?
18        A.  I had asked Alex Shnaider
19   for it.  He said he will take care of,
20   and I never got anything from him.
21        Q.  When did you ask him for
22   this?
23        A.  Back in 2011.
24        Q.  Did you ask at any time
25   prior that?
```

```
                                                          Page 105
 1              E. SLININ
 2        A.  2010, I don't remember
 3   exactly -- I know we had multiple
 4   conversations on the phone over that,
 5   and he said that he will take care of
 6   it, and then --
 7        Q.  What exactly did you ask
 8   for?
 9        A.  Where is the K1, the
10   partnership, and he said, "I will take
11   care of it," and that was it.  It was
12   verbally over the phone.  He said, "I
13   will send it out," and that was it.
14        Q.  Send what out?
15        A.  The K1s.
16        Q.  When do you allege this
17   partnership began?
18        A.  Well, we met in New York,
19   and we were partners, we were friends.
20   That's when the whole thing -- when we
21   started dealing with the airplanes.
22        Q.  What year was that, 2007?
23        A.  2007.
24        Q.  Prior to 2010, did you ever
25   receive any K1s?
```



Page 114

```
 1       E. SLININ
 2  where it says, "Mr. Eduard Slinin as
 3  referenced in connection to the CL850
 4  Aircraft Investments Ltd company has
 5  no ownership stake;" do you see that?
 6      A.  I don't remember what he
 7  wrote.
 8      Q.  I am asking if you see it?
 9      A.  I see it, but I don't have
10  any recollection on it.
11      Q.  You don't have a
12  recollection of receiving this?
13      A.  No.
14      Q.  Do you see where there is a
15  signature there, it's faint, but do
16  you see that?
17      A.  Yes, it's the -- Mr.
18  Balakirev signed.
19      Q.  Okay.
20          And who is that gentleman,
21  sir?
22      A.  He is the attorney for Mr.
23  Pirumov. Whatever Alex Shnaider told
24  me to do, I followed his instructions.
25      Q.  I am not asking you that,
```

Page 115

```
 1       E. SLININ
 2  sir. There is not a pending question.
 3  If you look at the signature on the
 4  second page, it is your testimony that
 5  is Mr. Balakirev, and not Mr. Rependa?
 6  Isn't Mr. Balakirev copied here?
 7      A.  Maybe it came from what's
 8  his name -- George Rependa. Yeah, it
 9  could have came from his because it
10  says, "Executive Aircraft Services."
11      Q.  That was Mr. Rependa's
12  companies?
13      A.  Yes, Executive Aircraft
14  Services is Mr. Rependa's company.
15      Q.  If you look at the first
16  page of this document, it's an e-mail
17  from Mr. Rependa to you and other
18  individuals dated September 14, 2008.
19          Do you see that?
20      A.  It says -- um --
21      Q.  I'm just asking if you see
22  --
23      A.  No. I mean, it's an e-mail
24  here, but I don't remember. I don't
25  recall.
```

Page 116

```
 1       E. SLININ
 2      Q.  Okay, but it references
 3  attaching the letter that we were just
 4  talking about as the second page.
 5      A.  Yes.
 6      Q.  Do you know why Mr. Rependa
 7  wrote this letter?
 8      A.  Because Mr. Shnaider told
 9  him to do that.
10      Q.  Do you know for sure that
11  Mr. Shnaider told him to do that?
12      A.  Nothing Mr. Rependa would do
13  without Mr. Shnaider's direction.
14      Q.  You have no recollection of
15  Mr. Shnaider instructing Mr. Rependa
16  to do this?
17      A.  I just know how the system
18  works with Mr. Shnaider, with Mr.
19  Rependa, with Mr. Rob Lee, Alex
20  Shnaider used to commend everything.
21      Q.  At the time of this e-mail,
22  which you received on September 14,
23  2008, did you believe that you had an
24  ownership position in the CL850
25  Aircraft Investments Limited company?
```

Page 117

```
 1       E. SLININ
 2      A.  I do believe everything that
 3  I did with Alex Shnaider that pertains
 4  to the aircraft I was his 50/50
 5  partner. That's how always we worked.
 6      Q.  Did you ever tell anyone
 7  that you thought you had an ownership
 8  interest in the CL850 Aircraft
 9  Investments Limited, and that you
10  believed this statement was incorrect?
11      A.  I don't recall. I don't
12  remember.
13      Q.  I am going to ask you to
14  take a look at what we will mark as
15  Slinin 10.
16          (Whereupon, e-mails were
17      marked as Slinin Exhibit 10, for
18      identification, as of this date.)
19      Q.  I am going to ask you to
20  take a look at the document, and just
21  tell me if you have seen this before.
22      A.  It's an e-mail -- I mean, I
23  never remember seeing it. I don't
24  remember.
25      Q.  If you look at the very
```



```
                                    Page 122
 1              E. SLININ
 2    Milo's?
 3        A.   Even before the meeting. We
 4    always -- we were family friends, we
 5    went out with our wives. We had even
 6    New Year's Eve celebration with his
 7    family, my family was there. He came
 8    to my daughter's Bat Mitzvah with his
 9    wife.
10        Q.   Did you ever visit Mr.
11    Shnaider in Toronto?
12        A.   Yes, I did.
13        Q.   Did you ever visit him
14    elsewhere?
15        A.   In Monte Carlo on his boat,
16    during the Grand Prix he invited us,
17    me and my wife.
18        Q.   Anyplace else?
19        A.   Montreal he invited me.
20        Q.   Anyplace else that you could
21    think of?
22        A.   He was always inviting me to
23    go with him to Moscow with his plane.
24        Q.   Prior to this meeting at
25    Milo's, you indicated there might have
```

```
                                    Page 123
 1              E. SLININ
 2    been a meeting the day before;
 3    correct?
 4        A.   Correct.
 5        Q.   Where was that meeting; if
 6    you recall?
 7        A.   Central Park South in a
 8    hotel.
 9        Q.   Do you recall the name of
10    the hotel?
11        A.   No.
12        Q.   Prior to that meeting or
13    meetings at Milo's, and a hotel near
14    Central Park South, had you ever
15    discussed with Mr. Shnaider possibly
16    buying airplanes with him?
17        A.   Yes, I did.
18        Q.   Okay.
19             When was the first time that
20    you recall?
21        A.   We started basically to talk
22    in 20 -- late 2005, probably 2006, but
23    on and off, on and off. Then, he told
24    me how he does business, and then he
25    told me, "Look, if you get the buyers,
```

```
                                    Page 124
 1              E. SLININ
 2    I have exceptional contacts with
 3    Bombardier, and we will be able to
 4    make some profit. So, see if you can
 5    get some buyers, and we together would
 6    sell it and profit on it." I said,
 7    "That sounds like an interesting
 8    proposition, and I will reach out to
 9    some of my friends, and to my
10    business, and I will see of anybody
11    expressing an interest of buying an
12    aircraft." I was in South of France
13    in Monte Carlo, and all of a sudden I
14    received a phone call and they said,
15    "We are expressing an interest to buy
16    some aircraft. Can you tell us what
17    about?" I basically was coached by
18    Alex Shnaider what to say, and what to
19    do, and I basically said, "That's the
20    deal. This is what I am able to do, I
21    am able to save you money when are you
22    going to buy through us versus when
23    you are going to buy from a Russian
24    dealer who sells Bombardier aircrafts
25    in Moscow," and there was a
```

```
                                    Page 125
 1              E. SLININ
 2    significant difference. There was
 3    about five to 6,000,000 difference
 4    between North American prices and
 5    Russian prices. At that time, he
 6    said, "I am interested." I said,
 7    "Well, the next step, I will put you
 8    together with my partner associate."
 9    So, basically Alex said, "I don't want
10    to talk to anybody. You are with
11    them. I will give you Marechal who is
12    the attorney in Switzerland, and I
13    will direct him what to do," and that
14    was it.
15        Q.   Okay.
16             So, this call that you had
17    with a prospective buyer from Monte
18    Carlo, was Mr. Shnaider there at the
19    same time in Monte Carlo?
20        A.   I don't remember.
21        Q.   The discussion that you just
22    related, was that a discussion you had
23    with him in Monte Carlo?
24        A.   With who; with Alex?
25        Q.   With Mr. Shnaider, yes.
```



32 (Pages 122 to 125)

|  | Page 126 |
|---|---|
| 1 | E. SLININ |
| 2 | A.  Mr. Shnaider, I don't |
| 3 | remember. I was in Monte Carlo, I |
| 4 | don't remember where Mr. Shnaider was. |
| 5 | I had spoken to a potential buyer, and |
| 6 | then turned to be the next call was |
| 7 | Mr. Pirumov. He said, "I am |
| 8 | expressing an interest in buying those |
| 9 | planes," and that's when I met with |
| 10 | Mr. Pirumov. I think I met with him |
| 11 | in Moscow, and I immediately reached |
| 12 | out to Alex, and there was a lot of |
| 13 | occasions that Alex was in Moscow, and |
| 14 | we met at the Hyatt Regency Hotel |
| 15 | where he has always stayed. |
| 16 | Q.  Those talks you said began |
| 17 | in 2005 and 2006; correct? |
| 18 | A.  The talks were in 2005, |
| 19 | 2006, but the concrete deal was made |
| 20 | in New York when we already knew we |
| 21 | had a buyer. Now, Alex said, "Let me |
| 22 | see, we need to negotiate the deal |
| 23 | with Bombardier, with Jahid." So, |
| 24 | Jahid came to New York, specifically, |
| 25 | because I was in New York and Alex was |

|  | Page 127 |
|---|---|
| 1 | E. SLININ |
| 2 | in New York. That is when we made the |
| 3 | deal with Jahid, how much we were |
| 4 | going to be buying the plane for. |
| 5 | Q.  But you had already agreed |
| 6 | with Mr. Shnaider prior to that if you |
| 7 | could bring buyers to the table that |
| 8 | you would split the profits; correct? |
| 9 | A.  Yes, 50/50. |
| 10 | Q.  Do you recall approximately |
| 11 | when you had reached that agreement? |
| 12 | A.  We reached that agreement in |
| 13 | 2006 I think. |
| 14 | Q.  Do you recall where you |
| 15 | reached that agreement; was it by |
| 16 | telephone, e-mail, in person? |
| 17 | A.  It was in person, and it was |
| 18 | in New York. |
| 19 | Q.  Where in New York? |
| 20 | A.  Somewhere in one of the |
| 21 | hotels that he stayed. He used to |
| 22 | stay either Four Seasons or on Central |
| 23 | Park one of the properties, or the |
| 24 | Peninsula on 55th and 5th. One of the |
| 25 | New York City hotels. We had |

|  | Page 128 |
|---|---|
| 1 | E. SLININ |
| 2 | breakfast together, me and him. |
| 3 | Q.  Did you put anything in |
| 4 | writing? |
| 5 | A.  No. |
| 6 | MS. DYER: Let's go ahead |
| 7 | and take a break. We have lunch. |
| 8 | THE VIDEOGRAPHER: The time |
| 9 | is now 1:43 p.m. We are now off |
| 10 | the record. |
| 11 | (Whereupon, a discussion |
| 12 | was held off the record.) |
| 13 | THE VIDEOGRAPHER: The time |
| 14 | is now 2:24 p.m. We are now back |
| 15 | on the record. |
| 16 | Q.  Mr. Slinin, you testified |
| 17 | prior to the break that you believed |
| 18 | that you had some type of ownership |
| 19 | interest in CAC; do you recall that? |
| 20 | A.  Yes. |
| 21 | Q.  You testified prior to the |
| 22 | break that you believe you had some |
| 23 | ownership in CL850; correct? |
| 24 | A.  Correct. |
| 25 | Q.  Is it your testimony that |

|  | Page 129 |
|---|---|
| 1 | E. SLININ |
| 2 | you had a partnership, that was in |
| 3 | addition to your interest in CAC and |
| 4 | CL850? |
| 5 | A.  I am trying to be -- can you |
| 6 | interpret it a little bit better? |
| 7 | Partnership and ownership, what do you |
| 8 | mean, specifically? |
| 9 | Q.  Well, that's what we are |
| 10 | here for. That is the $60,000 pyramid |
| 11 | question here. |
| 12 | Is it your testimony that |
| 13 | separate and apart from any interest |
| 14 | you had in either CAC or CL850, you |
| 15 | had a partnership that was formed with |
| 16 | Mr. Shnaider? |
| 17 | A.  Everything was done with Mr. |
| 18 | Shnaider, as I told you before, with a |
| 19 | verbal agreement, we have a full |
| 20 | understanding. Furthermore, Mr. |
| 21 | Shnaider clearly was aware of it that |
| 22 | we are partners, 50/50, but now as far |
| 23 | as the book and records as I described |
| 24 | to you before, I never did anything |
| 25 | except talking to him on the phone, |

