Page 130

E. SLININ

1
2  and he was handling all the
3  administrative part of the business.
4  Meaning, Rob Lee, him, his attorney,
5  Marechal, in Switzerland, everything
6  was handled by Mr. Shnaider or his
7  team.
8      Q.  That was done in either
9  Toronto, or Switzerland, or Moscow; is
10 that correct?
11     A.  Correct.  Exactly,
12 everything comes to administrative.
13 He said, "Eddie, I will handle that
14 don't worry.  I know, I have been
15 there, done it."  I said, "No problem,
16 Alex, I don't have that kind of
17 experience as you, deal with it," and
18 that is it.  That is my understanding
19 with him.
20     Q.  I am simply trying to
21 determine if your position is that
22 your right that you allege in the
23 contract -- strike that.
24     I am trying to determine if
25 your position that your rights that

Page 131

E. SLININ

1
2  you allege in this Complaint arise out
3  of your ownership interest in CAC and
4  CL850, or whether you are asserting
5  they arise out of something in
6  addition to that; that's all?
7      A.  I was a partner, and in
8  fact, Mr. Shnaider, during his
9  testimony in Russia said that I am
10 owner of Challenger 850.
11     Q.  So, it's your position that
12 your rights, as a partner with
13 Mr. Shnaider, arise out of your
14 interest in CAC and CL850; is that
15 correct?
16     A.  Correct; that was my
17 understanding.
18     Q.  You mentioned prior to the
19 break that you paid some fees, legal
20 fees to Mr. Karim in Russia; correct?
21     A.  Correct.
22     Q.  Do you know if you have any
23 invoices corresponding to the fees
24 that you paid?
25     A.  I don't recall, but we can

Page 132

E. SLININ

1
2  look for it.
3      Q.  Okay.
4      Do you know what -- do you
5  recall what bank account you paid them
6  out of?
7      A.  I don't recall.
8      Q.  Do you have any documents
9  that would reflect your payments to
10 Mr. Kopkin of fees?
11     A.  Yes.
12     Q.  We talked a fair amount
13 prior to our lunch about Mr. Pirumov;
14 do you recall that?
15     A.  Yes.
16     Q.  I believe that you said that
17 you don't recall having any ownership
18 in any entity with Mr. Pirumov;
19 correct?
20     A.  Mr. Pirumov, correct.
21     Q.  I am never going to get it
22 right.
23     A.  Yes.
24     Q.  What about -- now, it's
25 going to get worse -- Mr.

Page 133

E. SLININ

1
2  Sheikhametov?
3      A.  Mr. Sheikhametov.
4      Q.  Did you have any interest,
5  finance interest, in any entity where
6  Mr. Sheikhametov also had a financial
7  interest?
8      A.  No.
9      Q.  Prior to the aircraft that
10 are the subject of this lawsuit, did
11 you have any business dealings with
12 Mr. Pirumov?
13     A.  No.
14     Q.  What about with Mr.
15 Sheikhametov?
16     A.  No.
17     Q.  Do you know someone by the
18 name of Vasiliev?
19     A.  Alex Shnaider's partner.
20     Q.  You believe that he was a
21 partner of Alex Shnaider?
22     A.  Yes, he was a partner.
23     Q.  Okay.
24     A partner in what, sir?
25     A.  I don't know; some entity in



Page 134

E. SLININ

1
2  Russia.
3      Q.  Did you know Mr. Vasiliev?
4      A.  I saw him in Moscow with
5  Alex Shnaider a few times.  We were
6  going out to eat, have dinner, so he
7  came along a couple of times.
8      Q.  How did you meet Mr.
9  Vasiliev?
10     A.  During the dinner with Alex
11 Shnaider in Moscow.
12     Q.  Mr. Shnaider introduced you
13 to Mr. Vasiliev?
14     A.  Correct.
15     Q.  What, as you understand it,
16 were your responsibilities for the
17 sale of the aircraft that are the
18 subject of this lawsuit; if any?
19     A.  My job was to bring the
20 buyers, and they bought those
21 aircrafts, and I was partners with
22 Alex Shnaider, 50/50.
23     Q.  That's not my question.  My
24 question refers only to your job.
25          What was your job, to bring

Page 135

E. SLININ

1
2  the buyers?
3      A.  To bring the buyers.
4      Q.  Okay.
5          Did you have any other jobs?
6      A.  No.
7      Q.  Did you have a title in any
8  of the -- strike that.
9          Do you know where CAC is
10 incorporated?
11     A.  No.
12     Q.  Do you know what type of
13 entity CAC is?
14     A.  Some kind of BVI company.
15     Q.  Do you know if it's a
16 corporation or a partnership?
17     A.  I think it's a limited
18 liability company.
19     Q.  You don't know where, I mean
20 physically, where it's organized;
21 correct?
22     A.  No; somewhere in British
23 Virgin Islands.
24     Q.  What about CL850, do you
25 know --

Page 136

E. SLININ

1
2      A.  Same thing.
3      Q.  So, you believe it's
4  organized in the British Virgin
5  Islands?
6      A.  Somewhere, BVI, yeah.
7  That's what Alex was telling me.
8      Q.  Do you know what type of
9  entity CL850 was?
10     A.  The same.
11     Q.  A limited liability company?
12     A.  Correct, correct.
13     Q.  Do you know if any documents
14 were filed to organize -- strike that.
15          Do you know if any documents
16 were filed to create CAC as a limited
17 liability company?
18     A.  It was done by Alex
19 Shnaider, Rob Lee, and --
20     Q.  I am not asking who did it.
21 I am asking if you know whether there
22 were any documents?
23     A.  I don't know.
24     Q.  Do you know if any documents
25 were created to organize CL850?

Page 137

E. SLININ

1
2      A.  I don't know.
3      Q.  Do you know who was
4  identified as the owner or owners of
5  CAC when CAC was organized?
6      A.  I don't know.
7      Q.  Same question for CL850.
8      A.  I don't know.
9      Q.  You said that your job was
10 to bring the buyers of the aircraft to
11 CAC and CL850; is that correct?
12     A.  Correct.
13     Q.  And did you bring buyers?
14     A.  Yes, I did.
15     Q.  Okay.
16          How many?
17     A.  Two.
18     Q.  Was that Mr. Pirumov and Mr.
19 Sheikhametov?
20     A.  Yes.
21     Q.  And how many aircrafts
22 between the two of them did they
23 contract to purchase; if you know?
24     A.  Seven.
25     Q.  And they contracted to

Page 138

E. SLININ

1
2       purchase these aircrafts either with
3       CAC or CL850; correct?
4           A.   Correct.
5           Q.   I think we established
6       earlier this morning that they agreed
7       with CAC or CL850, whoever the
8       contracting party was, that they would
9       not be entitled to a refund of their
10      deposit; correct?
11          A.   Correct.
12          Q.   When -- take Mr. Pirumov,
13      when he or his companies placed
14      deposits for the purchase of these
15      aircrafts, did he transfer money some
16      place?
17          A.   Yes, he did.
18          Q.   And where did he transfer
19      money to?  I don't mean the physical
20      location, but what entity or
21      individual did he transfer money to?
22          A.   I don't remember.  Some of
23      the entities were mine, some of -- um,
24      was um, um, Alex Shnaider.
25          Q.   Okay.

Page 139

E. SLININ

1
2           So, you believe that Mr.
3       Pirumov transferred the deposit funds,
4       at least in part, to an entity owned
5       by you; is that correct?
6           A.   Correct.
7           Q.   Do you know how much was
8       transferred to an entity or entities
9       owned by you from Mr. Pirumov?
10          A.   I don't know the exact
11      amount.  I can't remember that.
12          Q.   How about a general amount?
13          A.   About $19,000,000.
14          Q.   19,000,000?
15          A.   19 and change.
16          Q.   And what entity or entities,
17      owned by you, did Mr. Pirumov transfer
18      this approximately $19,000,000 to?
19          A.   I don't remember the name of
20      the -- I mean, we have it.  I don't
21      remember the name.  I have to look it
22      up.
23          Q.   Okay.
24          What did you do with this
25      approximately $19,000,000 when it was

Page 140

E. SLININ

1
2       transferred to one or more companies
3       owned by you from Mr. Pirumov?
4           A.   It was me and Mr. Shnaider.
5           Q.   I'm sorry.  Hold on.
6           A.   I want to make sure we are
7       on the same page.
8           Q.   No, no, no.
9           You said some of the
10      entities were owned by you, and some
11      of the entities were owned by Mr.
12      Shnaider.
13          A.   Correct.
14          Q.   So, my questions are going
15      to be only the entities owned by you.
16          A.   Correct.  We received funds,
17      we then transfer whatever the deposits
18      to Bombardier, we put up a deposit for
19      the five aircrafts that he purchased,
20      and there was a delta left that we
21      split 50/50 with Alex Shnaider.
22          Q.   Okay.
23          So, you have told me that
24      one or more entities owned by you, the
25      name or names of which you don't

Page 141

E. SLININ

1
2       recall, received money from
3       Mr. Pirumov as deposits; correct?
4           A.   Correct.
5           Q.   Okay.
6           And did those funds --
7       strike that.
8           Did the portion of those
9       funds that were received by one or
10      more entities owned by you, that were
11      needed to make deposits from
12      Bombardier, get transferred directly
13      from your company or companies to
14      Bombardier?
15          A.   Correct.
16          Q.   Do you have any idea what
17      the delta was between the
18      approximately 19,000,000 that was
19      received by one or more companies that
20      were owned by you, and the amount that
21      was transferred to Bombardier?
22          A.   I don't remember.  The
23      records are there.  Everything is
24      there.  I don't recall now, I can't
25      remember.



Page 142

```
 1              E. SLININ
 2      Q.   Do you know if it was more
 3  than 1,000,000?
 4      A.   It was more.
 5      Q.   More than 5,000,000?
 6      A.   Again, I can't remember.
 7      Q.   Let's take Mr. Sheikhametov,
 8  he contracted to purchase some of the
 9  seven aircrafts we have been referring
10  to; correct?
11      A.   Correct.
12      Q.   Do you recall how many?
13      A.   Two Challenger 850s.
14      Q.   Two?
15      A.   Correct.
16      Q.   How many did Mr. Pirumov
17  contract to purchase?
18      A.   Five.
19      Q.   And did Mr. Sheikhametov
20  also make deposits?
21      A.   Yes, he did.
22      Q.   And where did those deposits
23  go when he made them initially?
24      A.   They went, again, the same
25  way, through either my company or
```

Page 143

```
 1              E. SLININ
 2  Alex, and then to pay to Bombardier.
 3      Q.   Do you know if the deposits
 4  that Mr. Sheikhametov made went to a
 5  company or companies owned by you, or
 6  whether they went to a company or
 7  companies owned by Mr. Shnaider?
 8      A.   I don't remember exactly.
 9      Q.   Then some portion of those
10  deposits in turn were paid to
11  Bombardier; is that correct?
12      A.   Correct.  The large portion
13  was paid to Bombardier.  There was a
14  delta left that was split between me
15  and Alex Shnaider.
16      Q.   Did you create a company or
17  companies, specifically, to receive
18  the deposits from Mr. Pirumov or Mr.
19  Sheikhametov?
20      A.   I don't remember exactly.
21      Q.   Do you know if CAC had a
22  bank account?
23      A.   I would not know.
24      Q.   Same question for CL850?
25      A.   I don't know.
```

Page 144

```
 1              E. SLININ
 2      Q.   Did you hold any title as an
 3  officer in CAC?
 4      A.   No.
 5      Q.   What about CL850?
 6      A.   No.
 7      Q.   Have -- strike that.
 8          Are you familiar with a
 9  promissory note and guarantee for
10  4.450 million dollars between one of
11  your companies and Midland Resources,
12  sir?
13      A.   Yes, I do.
14      Q.   Can you tell me
15  approximately -- strike that.
16          Let's go ahead and mark this
17  as 11.
18          (Whereupon, a promissory
19      note was marked as Slinin Exhibit
20      11, for identification, as of
21      this date.)
22      Q.   I have placed before you
23  Slinin 11.  It's a promissory note
24  dated December 28, 2008.  It also
25  contains a guarantee dated December 29
```

Page 145

```
 1              E. SLININ
 2  -- it's a promissory note dated
 3  December 29th, 2008.  It also contains
 4  a guarantee dated the same date, and
 5  for the record -- and an
 6  acknowledgment on the last page dated
 7  December 26, 2008.
 8          MS. DYER:  For the record,
 9      this document Slinin Exhibit 11
10      is AS0006517 through AS0006529.
11      Q.   Do you recognize this
12  exhibit that I placed before you, sir?
13      A.   Yes, I do.
14      Q.   Can you tell me what it is?
15      A.   A promissory note that I
16  signed.  It's basically demonstrated
17  the partnership with Mr. Shnaider.  I
18  want to make sure it's on the record.
19      Q.   You have, but --
20      A.   Counsel, I have to explain
21  to you.
22      Q.   Hold on, hold on.
23          I asked if you recognize it.
24      A.   Yes, I do.
25      Q.   It's a promissory note;
```

Page 146

```
1              E. SLININ
2    correct?
3        A.   Yes.
4        Q.   There is a personal
5    guarantee there, sir?
6        A.   Yes, there is.
7        Q.   The promissory note is
8    between All City Funding and Midland
9    Resources?
10       A.   Correct.
11       Q.   All City Funding is a
12   company that is owned by you?
13       A.   Yes.
14       Q.   Midland Resources is a
15   company that is owned in part by Mr.
16   Shnaider?
17       A.   Correct.
18       Q.   Did you have any ownership
19   interest in Midland Resources?
20       A.   No.
21       Q.   Have you ever had any
22   ownership?
23       A.   No.
24       Q.   Was All City Funding a
25   borrower under this promissory note?
```

Page 148

```
1              E. SLININ
2    or transfer any interest in any
3    contracts for the sale of aircrafts as
4    part of the guarantee?
5        A.   Yes, the two contracts for
6    Mr. Sheikhametov, which is considered
7    $4,000,0000.  This was pledged, which
8    had ownership by Mr. Shnaider at the
9    time, until this two positions were
10   liquidated.
11       Q.   Okay.
12            At the time of this
13   promissory note, and let me draw your
14   attention to AS0006518.
15       A.   Yes.
16       Q.   At the time of this
17   promissory note, did you pledge an
18   interest that you had in what is
19   referred to under "payment from
20   contract disposition proceeds 161 and
21   162?"
22       A.   Correct.
23       Q.   What interest, at that
24   time -- and again, we are looking at
25   December 29th, 2008, did you have in
```

Page 147

```
1              E. SLININ
2        A.   Yes.
3        Q.   Was Midland Resources the
4    lender?
5        A.   Yes.
6        Q.   Did you, Mr. Slinin,
7    personally provide a collateral
8    agreement to collateralize -- well,
9    strike that.
10            To guarantee this promissory
11   note?
12       A.   It was guaranteed by me,
13   yes.
14       Q.   What did you provide for
15   collateral, sir?
16       A.   My personal guarantee.
17       Q.   Did you actually pledge any
18   collateral to personally guarantee
19   that?
20       A.   My signature is good enough.
21       Q.   Did you pledge any interest
22   in any assets?
23       A.   It was All City Funding,
24   that was a personal guarantee.
25       Q.   Did you pledge any interest
```

Page 149

```
1              E. SLININ
2    C8500161?
3        A.   We bought those positions
4    back from Sheikhametov.
5        Q.   Okay.
6            When did you buy them back?
7        A.   About that date, which is
8    the December 29th, 2008.
9        Q.   When you say, "we bought
10   those positions back," you mean you
11   bought the right to the Contract 161
12   from Mr. Sheikhametov?
13       A.   Yes, me and Alex Shnaider
14   together, collectively, bought the
15   positions back, and Alex Shnaider
16   wanted to make sure to have a skin in
17   the game, as a partner --
18       Q.   I'm --
19       A.   I need to make sure, let me
20   finish --
21       Q.   I am not trying to cut you
22   off --
23       A.   But this is my sense, I have
24   to put it on the record.  It's very
25   important.
```



Page 154

E. SLININ
1
2    Q.   That would be $2,000,000;
3 correct?
4    A.   Correct.
5    Q.   So, you pledged $2,000,000
6 --
7    A.   Additional.
8    Q.   Under the guarantee here?
9    A.   That is correct.
10    Q.   When you say, "additional"
11 --
12    A.   Because technically, if me
13 and him -- me and Alex Shnaider are
14 50/50.  He holds those two positions,
15 which total $4,000,000 already in his
16 possession worth of contracts for the
17 planes.  He said to me the following,
18 "If I were not able to liquidate the
19 two positions, you will be liable for
20 this money."  I said, "Alex I have no
21 problem."  He said, "Because you have
22 to have the skin in the game.  You are
23 my partner.  If you don't have the
24 cash available this time, I am willing
25 to provide you that -- that money, but

Page 155

E. SLININ
1
2 we are 50/50 until we liquidate those
3 positions.  If we take a loss, I want
4 you to hold responsible for the
5 losses."
6    Q.   Okay.
7         So, if there was not a
8 liquidation of these --
9    A.   I would have been liable.
10    Q.   Hold on.
11         If there was not a
12 liquidation of Contract 161 and 162,
13 it's your belief that Mr. Shnaider
14 told you that you would have been
15 liable for the $4,450,000 under the
16 promissory note?
17    A.   It was only 4,000,000.  450
18 got paid right away, right there and
19 then.
20    Q.   Okay.
21         You would have been liable
22 for $4,000,000 under these two
23 contracts?
24    A.   Yes.
25    Q.   You would have been liable

Page 156

E. SLININ
1
2 for the full 2,000,000 under each
3 contract; correct?
4    A.   Yes.
5    Q.   2,000,000 under Contract
6 161?
7    A.   Yes.
8    Q.   And 2,000,000 under Contract
9 162?
10    A.   Correct.
11    Q.   So, you pledged one hundred
12 percent of the interest in each of the
13 two contracts; correct?
14    A.   Correct.
15    Q.   What did you do with the
16 $4,000,000 or $4,450,000 under this
17 promissory note?
18    A.   Alex received 450,000 right
19 there and then.
20    Q.   So, you paid Mr. Shnaider
21 450 --
22    A.   Yes.  4,000,000 he refunded
23 back to Mr. Sheikhametov.
24    Q.   4,000,000 was refunded back
25 to Mr. Sheikhametov?

Page 157

E. SLININ
1
2    A.   Mr. Sheikhametov.
3    Q.   Okay.
4    A.   It was refunded more because
5 we took him from 5,000,000 -- over
6 5,000,000 in deposits.  I refunded --
7 whatever the profit margin was there,
8 Alex kept his profit margin.  I end up
9 returning to Mr. Sheikhametov the
10 profit margin, and then the $4,000,000
11 was repaid back to him from Alex.
12    Q.   That's my next question.
13         Where did the 4,000,000 come
14 from to pay Mr. Sheikhametov back?
15    A.   From Alex Shnaider.
16    Q.   And so in exchange for this
17 promissory note, that you signed on
18 behalf of All City Funding, Mr.
19 Shnaider repaid the $4,000,000 in
20 deposits that Mr. Sheikhametov had
21 paid; correct?
22    A.   Correct.
23    Q.   Okay.
24         Mr. Sheikhametov had made
25 those deposits to purchase an

