|  | Page 214 |  | Page 216 |
|---|---|---|---|
| 1 | E. SLININ | 1 | E. SLININ |
| 2 | remember the corporate name, but I | 2 | are you willing to state under oath, |
| 3 | remember Vasilev. | 3 | under penalty of perjury that it |
| 4 | Q. Okay. | 4 | happened? |
| 5 | The $2,000,000 that was | 5 | MR. LEBOWITZ: Objection to |
| 6 | received by All City Funding, was any | 6 | the form of the question. |
| 7 | of that money shared with Mr. | 7 | A. I do not know if he received |
| 8 | Shnaider? | 8 | it or not because I am assuming -- |
| 9 | A. No, because Alex Shnaider | 9 | it's my assumption. |
| 10 | did not put up the money to buy him | 10 | Q. Okay. |
| 11 | out. I bought him out. | 11 | Do you have any evidence of |
| 12 | Q. The 2.3 million dollars that | 12 | that assumption, sir? |
| 13 | you just testified was not received | 13 | A. I do not have any evidence. |
| 14 | pursuant to this agreement -- | 14 | It's evidence that he owed me the |
| 15 | A. Correct. | 15 | money, and he decided not to pay me |
| 16 | Q. -- are you claiming any of | 16 | too. That's called dishonesty. |
| 17 | that money as damages here in this | 17 | Q. Sir, that's not the |
| 18 | lawsuit? | 18 | question. |
| 19 | A. Absolutely. | 19 | MS. DYER: Move to strike. |
| 20 | Q. And what is the basis of you | 20 | Q. Sir, at some point -- |
| 21 | claiming that money? | 21 | MS. DYER: I'm sorry, but I |
| 22 | A. If you read paragraph C, it | 22 | am going to go to the Court with |
| 23 | says that it's also owed me money plus | 23 | this. I really have been about |
| 24 | interest, and everything else, which | 24 | as patient as I have ever been |
| 25 | is Mr. Shnaider might have maybe even | 25 | with anybody, and so -- |

|  | Page 215 |  | Page 217 |
|---|---|---|---|
| 1 | E. SLININ | 1 | E. SLININ |
| 2 | received from Vasilev the money, and | 2 | MR. LEBOWITZ: Why don't we |
| 3 | decided not to proceed with him. | 3 | take a quick two-minute break? |
| 4 | Q. Do you know for a fact that | 4 | MS. DYER: Larry, Mr. |
| 5 | he did? | 5 | Lebowitz, if you could please |
| 6 | A. Everything is possible. | 6 | help to speed things up. |
| 7 | Q. Do you know for a fact that | 7 | THE VIDEOGRAPHER: The time |
| 8 | he did? | 8 | is 4:05 p.m., and we are going |
| 9 | A. I'm just -- it's not a fact | 9 | off the record. |
| 10 | -- | 10 | (Whereupon, a discussion |
| 11 | Q. Sir, you are under oath | 11 | was held off the record.) |
| 12 | right now. | 12 | THE VIDEOGRAPHER: This |
| 13 | A. That's my statement -- | 13 | begins media label 5. The time |
| 14 | Q. Is it your statement that | 14 | is 4:16 p.m., and we are back on |
| 15 | Mr. Shnaider received monies from Mr. | 15 | the record. |
| 16 | Vasilev? | 16 | Q. Did you, Mr. Slinin, meet |
| 17 | A. Possible. | 17 | with Jahid Karim about finding a new |
| 18 | Q. Okay, but you don't know one | 18 | buyer for Contract 169? |
| 19 | way or the other; correct? | 19 | A. I did have a conversation |
| 20 | A. I am just assuming. | 20 | with him as well. |
| 21 | Q. You just said it was | 21 | Q. Okay. |
| 22 | "possible." | 22 | Once Woren defaulted on the |
| 23 | A. Possible, assuming. | 23 | contract -- let me make sure the |
| 24 | Q. Okay. | 24 | record is clear. I believe it was |
| 25 | You don't know one way -- | 25 | your testimony that Woren didn't make |

Page 218

E. SLININ

the second payment to All City Funding under the letter agreement dated July 3rd, 2008, for Contract 169; correct?
A. Correct.
Q. Once Woren defaulted, do you know what happened to Contract 169?
A. That contract was given to Alex to apply towards Contract 161.
Q. Okay.
　　Was there any downpayment that Alex received to apply to Contract 161?
A. There was $2,000,000.
Q. But that was the $2,000,000 that was paid to you; correct?
A. No, no, no. $2,000,000 --
Q. That's what I am trying to figure out.
A. I'm trying to explain.
　　The plane was sold to Vasilev. He was supposed to wire me 4.3 million dollars. He only wired me 2,000,000.
Q. Correct.

Page 219

E. SLININ

A. He owed me a balance of 2.3.
Q. Correct.
A. When he defaulted, and said that he is not wiring anymore money, that was it, that is what Alex told me. At that time Alex said, "Okay, well, keep the plane, it's yours. Do what you want to do with it, it's yours."
11　Q. Said to you, "keep the
12　plane?"
13　A. Correct. "Keep the plane,
14　it's yours, do whatever you want to do
15　with it." Some couple of weeks go by,
16　I tried to market myself, I reached
17　out to other brokers, and tried to
18　sell it, and was talking, talking, and
19　then Alex called me up and he said,
20　"Listen, I reached out, I did a global
21　settlement with Bombardier. I will
22　take this plane and apply towards the
23　161 and including your Lear 60."
　　Q. Which was 207?
　　A. Correct, 207.

Page 220

E. SLININ

I said "Fine." He said, "This is what is going to happen, we are going to apply all of that, plus the Lear 60, they are very weak at this point." He said to me, "If we lose some money, we go 50/50 on the loss, on the Lear 60," meaning him and me, "and everything else once I will liquidate the 161, once I get a green one and put it to a completion and sell it, we will then calculate, and I will give you the money back."
14　Q. So, what money, if any, was
15　there at that point on 169, on
16　Contract 169, to in effect transfer to
17　161?
18　A. $2,000,000.
19　Q. You kept $2,000,000;
20　correct?
21　A. Correct.
22　Q. Did you give that money then
23　towards the 161 aircraft?
24　A. My 2,000,000 was applied to
25　161.

Page 221

1　　E. SLININ
2　Q. When say your "2,000,000,"
3　is that the $2,000,000 that Woren paid
4　you before they defaulted?
5　A. Correct.
6　Q. Okay.
7　　And did you -- or did All
8　City Funding transfer that money then
9　to Mr. Shnaider or to Midland
10　Holdings?
11　A. They signed over the
12　contract, this contract is just as
13　liquidable as cash.
14　Q. No. I am trying to find out
15　what happened to the specific
16　$2,000,000 that All City Funding
17　received from Woren, before Woren
18　defaulted?
19　A. That money was part of the
20　settlement I did with Pirumov.
21　Q. Not -- okay.
22　　(Simultaneous speaking)
23　A. I -- (inaudible) -- Pirumov
24　-- 3.5 million dollars. Of 3.5, I
25　received 2,000,000 back from Vasilev.

Page 230

```
 1        E. SLININ
 2   Alex Shnaider.
 3       Q.  I am asking if you did?
 4       A.  I reached out to Alex
 5   Shnaider, and asked him, "What is the
 6   story with the balance?" He said,
 7   "Let me see if I can get it." We were
 8   going back and forth, back and forth,
 9   and in September, he told me, "You end
10   up with the contract, it's all yours."
11       Q.  Do you know what efforts, if
12   any, Mr. Shnaider made to collect from
13   Woren?
14       A.  I don't know.
15       Q.  If you look at the contract
16   between Blue Industrial Skies, Inc.,
17   and -- strike that.
18           I think you testified
19   earlier today that Contract 207 was
20   for a Learjet that you were going to
21   purchase; correct?
22       A.  Correct.
23       Q.  The contract was between
24   you, or one of your companies, and
25   Learjet; correct?
```

Page 231

```
 1        E. SLININ
 2       A.  Yes.
 3       Q.  CAC and CL850 were not
 4   parties to that contract; correct?
 5       A.  They were not -- what?
 6       Q.  Neither CAC or CL850 were
 7   parties to that contract; correct?
 8       A.  What do you mean? I'm
 9   trying to understand.
10       Q.  Were they parties to the
11   contract; were they a buyer or a
12   seller under your Learjet contract?
13       A.  I don't have this paperwork,
14   and I am not aware of it. The people
15   that will know that is Rob Lee and
16   Alex Shnaider. I know I signed over,
17   to who I signed over, I don't
18   remember.
19       Q.  So, you don't know who was a
20   party to the contract for the Learjet?
21       A.  That took over, basically
22   that I signed over to?
23       Q.  I am just asking about the
24   initial contract.
25       A.  I don't know who took over.
```

Page 232

```
 1        E. SLININ
 2       Q.  Okay.
 3           I am not asking who took
 4   over. Who initially entered into the
 5   contract for the purchase of the
 6   Learjet that had a corresponding
 7   contract number of 207?
 8       A.  KSR.
 9       Q.  What is KSR?
10       A.  A company that was made
11   specifically to buy that plane.
12       Q.  Did you own that company?
13       A.  Yes, I did.
14       Q.  And let's just mark Slinin
15   Exhibit 13.
16           (Whereupon, an aircraft
17   purchase agreement was marked as
18   Slinin Exhibit 13, for
19   identification, as of this date.)
20       Q.  Is this the contract for the
21   purchase of the Learjet that we have
22   been referring to as 207 today?
23       A.  Yes.
24       Q.  It is between your company
25   KSR Jet, Inc., and Learjet, Inc.?
```

Page 233

```
 1        E. SLININ
 2       A.  Yes.
 3       Q.  And you signed this;
 4   correct?
 5       A.  Yes.
 6       Q.  Is KSR a Panamanian company?
 7       A.  Yes.
 8       Q.  You put a deposit of
 9   1,000,000 down on this contract; is
10   that correct?
11       A.  That is correct.
12       Q.  And if you look at section
13   9.5, it says, "If the buyer fails to
14   make any of the payments provided for
15   in Article 2, on or before the
16   stipulated date, all rights which the
17   buyer may have, or may have had in or
18   to this agreement, or the aircraft
19   shall be extinguished, and seller
20   should be entitled to retain an amount
21   equivalent to ten percent of the
22   purchase price as liquidated damages."
23           Do you see that?
24       A.  Yes, I do.
25       Q.  The purchase price was
```