ALEX SHNAIDER - 09/15/2017          Pages 98..101

Page 98
1       ALEX SHNAIDER
2   Mr. Slinin?
3       A.   Yes.
4       Q.   And in fact some of those
5   buyers did make those down payments
6   with a premium that was split between
7   you and Mr. Slinin?
8            MS. DYER:   Can I hear that
9   back?
10           (The requested portion was
11  read.)
12      A.   Mr. Slinin got whatever we
13  agreed in terms of commission.
14      Q.   Do you know an attorney by
15  the name of Marashal?
16      A.   Yes, I do.
17      Q.   And does he do work for you
18  and your companies?
19      A.   We, yes, we use that law
20  firm, yes.
21      Q.   And he is located in Europe;
22  is that correct?
23      A.   That is correct.
24      Q.   In Switzerland?
25      A.   Yes, that is correct.

Page 99
1       ALEX SHNAIDER
2       Q.   Do you know what, if any,
3   work he did with respect to any of the
4   contracts -- do you know whether he did
5   any work with respect of the contracts
6   in this case?
7       A.   Yes, he did.
8       Q.   And can you --
9       A.   I don't recall which exactly
10  work but I know he set up the SPVs.
11      Q.   So there came a time --
12      A.   I would like to add
13  something if possible.  Also Mr. Slinin
14  used Mr. Marashal.
15      Q.   For the establishment of
16  these --
17      A.   For the establishment of his
18  companies perhaps.  I don't know.
19      Q.   And do you know if he had a
20  relationship with Mr. Marashal before
21  meeting you or you suggested that
22  Mr. Marashal might be able to help him
23  in setting up these SPVs?
24      A.   Well, I don't remember.  I
25  don't know if Mr. Marashal knew

Page 100
1       ALEX SHNAIDER
2   Mr. Slinin or vice versa.  I'm not
3   aware of that.
4       Q.   Did there come a time when
5   you were made aware of the fact that
6   one or more of Mr. Slinin's prospective
7   purchasers would not be able to perform
8   under the terms of their contracts?
9            MS. DYER:   Objection to
10  the form.
11      A.   Yes.
12      Q.   Can you tell me when was it
13  for the first time that you learned of
14  that?
15      A.   I don't remember the date
16  exactly.
17      Q.   Can you tell me what was it
18  that you were told and by whom?
19      A.   I was told by Mr. Slinin
20  that he is having some problems with
21  his buyers.
22      Q.   And do you recall with
23  respect to these contracts how many
24  buyers, individual buyers there were?
25      A.   In the beginning I

Page 101
1       ALEX SHNAIDER
2   understood there were two buyers.
3       Q.   And do you recall what their
4   names were?
5       A.   One of them is Mr. Perumov
6   and the second one, I don't remember
7   something Sheik --
8       Q.   Sheikhametov?
9       A.   Possibly, I don't know these
10  buyers.
11      Q.   Do you know whether or not
12  these buyers initially sought to
13  purchase one plane or more than one
14  plane?
15      A.   I don't know.  I was not
16  privy to any discussions Mr. Slinin had
17  with these buyers.
18      Q.   But there came a point in
19  time, did there not when CL 850 or CAC
20  entered into contracts with Bombardier
21  for the purchase of airplanes that were
22  intended to be delivered to either
23  these individuals individually or to
24  SPVs that they had established; is that
25  accurate?

ALEX SHNAIDER - 09/15/2017         Pages 102..105

### Page 102

```
 1                ALEX SHNAIDER
 2          MS. DYER:    Objection to
 3     the form.  You could answer.
 4     A.   Yes.
 5     Q.   So you were aware of that
 6  fact?
 7     A.   Yes.
 8     Q.   And so do you know how many
 9  planes Mr. Sheikhametov had intended to
10  purchase?
11     A.   Originally or factually?
12     Q.   Let's start with originally.
13     A.   Originally I don't know,
14  factually I understand he bought two
15  aircraft.
16     Q.   What about Mr. Perumov?
17     A.   He bought the rest.
18     Q.   And the rest would be how
19  many, do you recall?
20     A.   Four Challengers and one
21  XRS.
22     Q.   And Mr. Sheikhametov his two
23  planes?
24     A.   Two Challengers.
25     Q.   Do you know if any of the
```

### Page 103

```
 1                ALEX SHNAIDER
 2  two planes or either of the two planes
 3  that were to be delivered to
 4  Mr. Sheikhametov were actually
 5  delivered to him or to an SPV that he
 6  had established?
 7     A.   None of the planes were
 8  delivered.
 9     Q.   And when did you learn that,
10  let's start with Mr. Sheikhametov and
11  his contracts, when were you made aware
12  of the fact that he was not going to be
13  able to perform under his contracts?
14     A.   I don't remember.  Sometime
15  in 2008 but I don't remember the dates
16  or the circumstances because I never
17  knew these buyers.  So for me it made
18  no -- I could not differentiate one
19  contract against the other.
20     Q.   And would that be true of
21  Mr. Perumov as well?
22     A.   That is correct.
23     Q.   Do you know when you were
24  made aware of the fact that he would
25  not perform under his contracts?
```

### Page 104

```
 1                ALEX SHNAIDER
 2     A.   Exactly not but also
 3  sometime in 2008.
 4     Q.   So what actions, if any, did
 5  you undertake once you learned that
 6  these, we will call them since you said
 7  you could not differentiate, the six
 8  contracts, I'm sorry seven contracts
 9  right, two 850s for Mr. Sheikhametov,
10  four 850s and an XRS for Mr. Perumov.
11     So what, if any, actions did you
12  take with respect to or when you
13  learned that these contracts were not
14  going to be funded?
15          MS. DYER:    Objection to
16     the form.
17     A.   I don't recall taking any
18  action because Mr. Slinin was supposed
19  to work on it.  I had no contact with
20  these buyers.  There is no action I
21  could have taken.
22     Q.   Did there come a time when
23  Mr. Slinin told you these buyers were
24  not going to be able to or would not --
25  withdrawn.
```

### Page 105

```
 1                ALEX SHNAIDER
 2     Did there come a time when he
 3  told you in sum and substance that
 4  these people were not going to perform?
 5     A.   He told me that these people
 6  are not going to perform or he believes
 7  they are not going to perform and he is
 8  working with them to see if there is
 9  some solutions that could be found.
10     And I told him if they don't
11  perform, they would be losing their
12  deposits.
13     Q.   Do you know if any of the
14  deposits that had been paid on any of
15  these contracts were paid by Mr. Slinin
16  or an entity that he controlled?
17          MS. DYER:    Objection to
18     the form.  What contracts?
19     Q.   We are talking about the
20  seven contracts that you mentioned two
21  to Mr. Sheikhametov and the five to
22  Perumov.
23     I am asking if you know if any
24  of the deposits on any of the contracts
25  had actually been paid by Mr. Slinin?
```

ALEX SHNAIDER - 09/15/2017          Pages 106..109

Page 106

1   ALEX SHNAIDER
2   A.   When?
3   Q.   At any time.
4   A.   I was not aware when these
5   deposits were paid, that any of this
6   money was Mr. Slinin's money. He
7   didn't tell me if it was or it wasn't.
8   In the beginning, later it was a
9   different story.
10  Q.   Tell me what the different
11  story was if you would, please.
12  A.   Later Mr. Slinin told me
13  that he would be somehow in partnership
14  with these buyers and he will get some
15  profit share when those planes would be
16  flipped at a profit to the next buyer,
17  to the end buyer I would imagine.
18  Q.   Do you recall approximately
19  when he let you know that?
20  A.   Shortly after the initial
21  deposits were paid.
22  Q.   Okay. So what was your
23  understanding -- withdrawn.
24       In each instance with respect to
25  those seven planes, either CL 850 or

Page 107

1   ALEX SHNAIDER
2   CAC had entered into a contract with
3   Bombardier for the purchase of one of
4   those, of those seven planes, please?
5   A.   Could you repeat that.
6   Q.   Sure.
7        You said there were seven
8   contracts that you were aware of?
9   A.   Right.
10  Q.   Two CL 850s for
11  Mr. Sheikhametov and four 850s and an
12  XRS for Mr. Perumov. And that they had
13  contracted with Challenger -- I'm sorry
14  with CL 850 or CAC and an SPV for
15  delivery of an airplane and would it be
16  correct to state that either 850 or CAC
17  had contracted with Bombardier for the
18  manufacturer of one of those planes for
19  ultimate delivery to that SPV.
20  A.   I understand that every
21  purchase contract had a sales contract
22  which was in front, I would imagine.
23  Q.   Right.
24  A.   So I don't know if this is
25  answering your question.

Page 108

1   ALEX SHNAIDER
2   Q.   Well yes, I'm saying you
3   knew that were contracts out for these
4   gentlemen to buy seven planes and there
5   were contracts that had been entered
6   into with Bombardier to manufacture
7   these planes?
8   A.   That is right.
9   Q.   So if these buyers had
10  defaulted, what was the penalty that
11  CAC or CL 850 was going to suffer with
12  Bombardier if they didn't come up with
13  the rest of the down payments?
14       MS. DYER:  Objection to
15  the form.
16  A.   I would be on the hoop for
17  the liquidated damages.
18  Q.   And what did you understand
19  the liquidated damages would be?
20  A.   That is what I'm trying to
21  see right now.
22  Q.   Okay.  Let's see if we could
23  find it.
24  A.   Maybe if somebody can point
25  it out.

Page 109

1   ALEX SHNAIDER
2        MS. DYER:  Mr. Lebowitz,
3   is your question specifically
4   with regard to --
5        MR. LEBOWITZ:  Let's look
6   at Exhibit 2.
7        MS. DYER:  Lee Exhibit 2?
8        MR. LEBOWITZ:  That is
9   correct.
10  Q.   Let me direct your attention
11  to section 9.5 of this contract on
12  page five.
13  A.   Yes, I see that. So I
14  believe it is $2.3 million. So I would
15  be responsible for $300,000 on this
16  contract.
17  Q.   Do you know if that's a
18  similar clause in each of the
19  contracts?
20       MS. DYER:  Objection to
21  the form.
22  Q.   That were entered into
23  between --
24  A.   I would assume, I would
25  assume it is.

ALEX SHNAIDER - 09/15/2017          Pages 114..117

**Page 114**

1  ALEX SHNAIDER
2  never used that term.
3      MR. LEBOWITZ:  I am trying
4  to help and you were courtesy to
5  me during --
6      MS. DYER:  I certainly
7  never used that term.  But for
8  the record, let's see if we can't
9  perhaps ask about the contracts
10 that have the same amount of
11 liquidated damages but then note
12 that there are some contracts
13 that have a different amount of
14 liquidated damages.  And that
15 might be the way to expedite it.
16     I am not asking you to go
17 through each contract that has
18 the exact amount of 2.3 million
19 in liquidated damages.
20     I am concerned that there
21 are contracts that we are talking
22 about and we have been discussing
23 this morning that have a
24 different liquidated damages
25 amount and that is all.

**Page 115**

1  ALEX SHNAIDER
2      You could group the ones
3  together that have the same
4  amount and I won't object.
5      MR. LEBOWITZ:  Okay, let's
6  see if we could do that.
7    Q.  Is it your understanding
8  that each of the contracts that were
9  entered into for the purchase of a CL
10 850 executive jet had a liquidated
11 damage provision of $2.3 million?
12    A.  The Challenger 850s I would
13 assume it is all the same but the
14 purchase prices were different.  So
15 there may be a little bit of a
16 difference but I'm not sure.
17     Some were brought I see here for
18 25 million, others were bought probably
19 for a little bit less.  So I don't know
20 if it was the same liquidated damages
21 but each one had liquidates damages.
22    Q.  And in respect of the
23 liquidated damages, it was your
24 understanding that either CL 850 or CAC
25 would be responsible for the payment of

**Page 116**

1  ALEX SHNAIDER
2  the liquidates damages?
3    A.  Yes.
4    Q.  Okay, so you spoke to
5  Mr. Slinin about this?
6    A.  Yes, I mentioned to him.
7    Q.  And did you, when you
8  mentioned it to him, did you indicate
9  to him that you would seek any
10 contribution from him if 850 or CAC
11 were required to pay liquidated
12 damages?
13    A.  I don't know if we went that
14 far in our discussions.  I just told
15 him, the discussions came in the
16 context when Mr. Slinin told me his
17 buyers one or both at a certain time
18 wanted their deposits refunded and I
19 said it is impossible to refund their
20 deposits, these deposits are non
21 refundable.  And as a matter of fact,
22 I'm going to be liable for the
23 difference between the deposits that
24 were paid and the liquidated damages.
25 So please find a solution with your

**Page 117**

1  ALEX SHNAIDER
2  buyers.
3    Q.  What did he say to you when
4  you advised him of these facts?
5    A.  He didn't say anything.  He
6  went to work with his buyers and I am
7  not privy to discussions with his
8  buyers.
9    Q.  The goal was to either
10 fulfill the contracts or obviate the
11 liquidated damage provisions?
12    A.  Obviously, yes.
13    Q.  Did he come back to you at
14 some point and indicate to you whether
15 he was able to do anything with respect
16 to working with his buyers?
17     MS. DYER:  Objection to
18 the form.  Answer if you like.
19    A.  I don't recall.  There were
20 many phone conversations but I
21 understood he is having a real
22 challenge in convincing his buyers to
23 move forward.
24    Q.  Did there come a point in
25 time when you and he spoke and it was

ALEX SHNAIDER - 09/15/2017        Pages 118..121

Page 118

1  ALEX SHNAIDER
2  determined he was not going to be able
3  to move his buyers to fulfill these
4  contracts?
5      A.   Yes.
6      Q.   And do you recall when that
7  was approximately?
8      A.   Sometime between the middle
9  of 2008 and the end of 2008.
10     Q.   And what if any action did
11 you then take to address that
12 particular dilemma?
13     A.   I didn't take any action. I
14 didn't feel I could do anything at that
15 point.
16     Q.   Did there come a time or a
17 point in time when you approached
18 Bombardier regarding these contracts
19 and your company's or CAC and 850's
20 inability to fulfill these contracts?
21     A.   Yes, of course. When it was
22 time to make the second tranche
23 payments and we were not making these
24 second payments.
25     Q.   And who is the person with

Page 119

1  ALEX SHNAIDER
2  whom you spoke at Bombardier?
3      A.   I spoke to George Rependa.
4  He was not at Bombardier at the time
5  and I spoke to Peter Lacoure.
6      Q.   Peter Lacoure was he an
7  executive at Bombardier at the time?
8      A.   Yes, he was.
9      Q.   Do you know what position he
10 held?
11     A.   I don't remember.
12     Q.   Is Mr. Lacoure someone
13 Mr. Rependa put you in contact with?
14     A.   I knew Mr. Lacoure from
15 before.
16     Q.   From prior dealings?
17     A.   Yes.
18     Q.   Had you advised Mr. Slinin
19 that you were going to Bombardier and
20 see if you could come to some kind of
21 deal with them regarding these seven
22 contracts?
23          MS. DYER: Please read that
24     back.
25          (The requested portion was

Page 120

1  ALEX SHNAIDER
2      read.)
3          MS. DYER:   Objection to
4      the form.
5      A.   Mr. Slinin asked me if I
6  could do something with Bombardier and
7  I told him that I don't know if I would
8  be able to do anything with Bombardier
9  but this is already going into 2009.
10 But in 2008 there was a lot of other
11 things that took place before the end
12 of 2008.
13     Q.   Okay.
14     This is between yourself and
15 Mr. Slinin as it related to these
16 contracts?
17     A.   Yes, it was between me and
18 Mr. Slinin. Mr. Slinin there was an
19 investigation that started in Russia
20 initiated by Mr. Perumov that named me
21 as one of the people that were involved
22 in defrauding Mr. Perumov of his
23 deposits. That happened in 2008 and
24 also Mr. Slinin felt that he must
25 refund to Mr. Sheikhametov his deposit

Page 121

1  ALEX SHNAIDER
2  and he asked me for a loan of $4
3  million, which I have provided him.
4      Q.   Well, let's first talk
5  about, let's address what you testified
6  in the chronological order in which you
7  mentioned.
8      Let's first start with this
9  criminal investigation you said took
10 place in Russia.
11     A.   Uh-huh.
12     Q.   How did you first learn of
13 this investigation?
14     A.   From Mr. Slinin.
15     Q.   And what did he tell you
16 with respect to the investigation?
17     A.   He told me that Mr. Perumov
18 started an action against myself and
19 himself in Russia. That Mr. Perumov
20 was allegedly defrauded of millions of
21 dollars by Mr. Slinin and Mr. Shnaider
22 and he wants his plane -- his deposits
23 back.
24     Q.   What was the ultimate --
25 withdrawn.

ALEX SHNAIDER - 09/15/2017        Pages 150..153

Page 150

1  ALEX SHNAIDER
2  Q.   I'm sorry Mr. Slinin told
3  you that he was going to purchase one
4  of the contracts?
5       MS. DYER:   Objection to
6  the form.
7  A.   At some point Mr. Slinin
8  told me that he is planing to take over
9  one of the positions.
10 Q.   With respect to that
11 position, did you ever tell him that
12 you had a buyer for that position?
13 A.   Not exactly at that time but
14 later on I told Mr. Slinin that I may
15 have somebody that would buy the
16 position from him.
17 Q.   Do you recall what contract
18 number it was that --
19 A.   I believe it is that Blue
20 Industrial Sky.
21 Q.   And if I said to you that --
22 A.   169.
23 Q.   169 exactly, exactly.
24      And did there come a point in
25 time when you introduced a prospective

Page 151

1  ALEX SHNAIDER
2  purchaser for that contract to
3  Mr. Slinin?
4  A.   Yes.
5  Q.   What was that individual's
6  name?
7  A.   Evgeni Vassliev.
8  Q.   In fact did Mr. Vassliev
9  make a payment on account of that
10 claim?
11      MS. DYER:   Objection to
12 the form.
13 A.   As far as I remember
14 Mr. Vassliev paid Mr. Slinin $2 million
15 as the initial deposit.
16 Q.   Did you receive any money
17 from that transaction?
18 A.   No, I didn't.
19 Q.   And is it correct that --
20 withdrawn.
21      Do you know whether or not
22 Mr. Vassliev ever took possession of
23 the airplane under contract 169?
24 A.   No, Mr. Vassliev did not
25 proceed with the transaction.  He

Page 152

1  ALEX SHNAIDER
2  backed out and forfeited his deposit.
3  Q.   At that point had contract
4  169 been assigned to Blue Skies, Mr.
5  Slinin's company?
6  A.   I am not sure of the
7  mechanics of when contracts were
8  assigned.
9  Q.   Did there come a time that
10 you asked Mr. Slinin to effectively
11 give you the contract so that the
12 deposits paid under it could be
13 combined with other contract deposits
14 into one Bombardier contract?
15      MS. DYER:   Objection to
16 the form.
17 A.   It didn't occur in this
18 particular order.  Mr. Slinin gave me
19 the rights as collateral for this
20 aircraft, for contract 169 and another
21 two Challenger 850 aircraft.  I don't
22 remember the contract numbers that was
23 Mr. Sheikhametov.  I am not sure if I'm
24 pronouncing that correctly.  Those
25 contracts, he gave me those positions,

Page 153

1  ALEX SHNAIDER
2  deposits of $5 million in total as
3  collateral for the $4 million loan that
4  I gave him.
5  Q.   What was the purpose of this
6  $4 million loan that you gave him?
7  A.   The purpose of this was that
8  he needed to refund to Mr. Sheikhametov
9  the money he gave.
10 Q.   Under two contracts;
11 correct?
12      MS. DYER:   Objection to
13 the form.
14 A.   Under two contracts, yes.
15 Q.   And do you recall which two
16 contracts those were?
17 A.   No, I don't.
18 Q.   Were those two contracts
19 ultimately combined with other
20 contracts by you so that there were
21 then two contracts that remain with
22 Bombardier?
23      MS. DYER:   Objection to
24 the form.
25 A.   Those three contracts, yes,

ALEX SHNAIDER - 09/15/2017          Pages 154..157

Page 154

ALEX SHNAIDER

they were combined part of an agreement that I came with -- that I came to with Bombardier some time in 2009.
Q. So can you tell me when was it that Mr. Slinin came to you and asked you to borrow this money?
A. The $4 million he came and he asked me this in December 2008 just before Christmas.
Q. And who were the parties to the -- withdrawn.
Which entity or entity of yours actually advanced the funds?
A. I don't recall. Midland possibly but we should have the promissory note and the loan agreement.
Q. Who negotiated the terms of the note and the loan?
A. You mean the interest rate?
Q. I mean --
A. The interest rate was negotiated between me and Mr. Slinin and the collateral was also negotiated between me and Mr. Slinin. And then

Page 155

ALEX SHNAIDER

the rest was done by Rob Lee and the lawyers.
Q. So explain to me what your understanding was of how the promissory note and the sale of the collateral was going to work?
MS. DYER: Objection to the form.
A. Well, look I lent to Mr. Slinin the funds just before Christmas 2008 as a huge favor to him because he desperately needed this money in order to return it to his customer because he took some, as I understand it some, made some promises to this customer that he was not able to fulfill.
Q. Do you know what those promises were?
A. That the prices of the planes will go up. That this person will make together with Mr. Slinin money by reselling these positions at a later date for profit that they will

Page 156

ALEX SHNAIDER

earn. That is what I understood.
Q. Okay.
A. He came to me and said I don't have the funding right now. I don't have the liquidity and I desperately need to return this money to this gentleman. And I said look, I don't really want, you know, there is a financial crises going on.
I have much better things to do with the money. I also don't have unlimited liquidity and I much rather not provide this loan and he really insisted. And he was really desperately needed the money and I agreed to provide him the money. And he said, look you could take the deposits that I have. You could take those positions over. You could negotiate a settlement with Bombardier and you could get this money back from the deposits from Bombardier somehow. And I said I don't know if I will be able to do this. Why would Bombardier

Page 157

ALEX SHNAIDER

give it to me. They may even ask me for more money in order to settle the liquidated damages on the contracts.
But in the end I said I need also from you just in case it does not work out, I need from you like a promissory note. I want you should be responsible to pay me back this $4 million. He said I'll give you whatever, whatever guarantees you need, I will provide them to you. So I said fine, if you could give me, please, you know, personal guarantees. He said no problem. I said we also need your wife to sign. He said I cannot get my wife to sign. He said she will refuse. She will divorce me.
Then I asked for a corporate guarantee from his limo company. He said I own a minority percentage in the limo company. My brother owns the majority. So I cannot give that either. He said please, I'll give you my personal guarantee, please provide

ALEX SHNAIDER - 09/15/2017        Pages 158..161

Page 158

1    ALEX SHNAIDER
2    me this loan. And I have done it. I
3    provided him the loan just prior to, I
4    believe it was Christmas 2008. And
5    that is it, that is how it took place.
6        Q.   But you also asked for
7    collateral, correct, in addition to his
8    personal guarantee?
9        A.   Didn't I tell you the
10   collateral, the three positions --
11       Q.   Yes, earlier --
12       A.   But this is collateral
13   without negotiating a settlement with
14   Bombardier is actually worthless. If I
15   didn't go and negotiate a settlement
16   with Bombardier, then today Mr. Slinin
17   would be owing me $4 million plus
18   interest with his personal guarantee.
19       So if I was not successful in
20   negotiating and cashing this collateral
21   which at the time was a liability, not
22   a collateral. I turned it into an
23   asset because of my capabilities.
24       MS. DYER:  Please let Mr.
25   Shnaider finish.

Page 159

1    ALEX SHNAIDER
2        A.   Because of my relationship
3    with Bombardier and my capabilities
4    with Bombardier, it took me months. It
5    was not like I did it the following
6    day. It took me months and months of
7    lobbying, negotiation, trips to
8    Montreal, begging and everything else
9    in order to be able to take this money.
10       Q.   In addition to the contract
11   for the plan under contract 169,
12   Mr. Slinin's Learjet position was also
13   pledged; correct?
14       A.   That is correct.
15       Q.   Is there a particular reason
16   why you asked for his Learjet?
17       MS. DYER:  Objection to
18       the form.
19       A.   First of all, he offered me
20   his Learjet also as collateral. So I
21   took it, I took whatever collateral at
22   that time that I could get from
23   Mr. Slinin because this is not really
24   collateral. This is like I said, it is
25   a liability. It is not collateral. I

Page 160

1    ALEX SHNAIDER
2    turned it into collateral.
3        Q.   I understand that but let me
4    ask you this, the contract that
5    Mr. Slinin had for the Learjet was a
6    personal contract between a company
7    that he controlled and Bombardier or
8    Lear, correct, directly?
9        It had no involvement with you
10   or Midland Resources?
11       A.   It had absolutely no
12   involvement with me or with Midland
13   Resources. But he was in default of
14   this contract. He would have -- he in
15   fact lost this, his $1 million deposit
16   at the time.
17       Q.   So effectively your
18   testimony is you took collateral that
19   was worthless?
20       A.   Exactly.
21       Q.   And in the end got a credit
22   of $1 million towards your own plane;
23   correct?
24       A.   It wasn't -- no, it is not
25   correct.

Page 161

1    ALEX SHNAIDER
2        Q.   Let me ask you this, did you
3    have a contract between Midland and
4    Lear for the purchase of an XR 60, I
5    believe it is called?
6        A.   Yes. So my agreement I
7    could tell you with Mr. Slinin was, I
8    told him look, I don't recall what was
9    the original price that Mr. Slinin and
10   mine because I also had a mirror
11   contract with Mr. Slinin that I
12   negotiated with Lear, with Bombardier
13   for two Lear 60s. One that Mr. Slinin
14   bought and one that Midland purchased.
15       Q.   Right.
16       A.   So it was at the higher
17   price. I don't remember what was the
18   price. I was able to renegotiate the
19   price down to $10,750,000. But
20   originally I don't remember what the
21   price but it was higher than that
22   price. Correct, maybe you could help
23   me because I don't remember.
24       Q.   That was really not the
25   point of my question.