# Exhibit E

APPEARANCES

DEALY SILBERSTEIN & BRAVERMAN
Attorneys for Plaintiff
225 Broadway, Suite 1405
New York, New York 10007
BY:     LAURENCE J. LEBOWITZ, ESQUIRE

BOIES SCHILLER & FLEXNER LLP
Attorneys for Defendant
575 Lexington Avenue, 7th Floor
New York, New York 10022
BY:     KAREN DYER, ESQUIRE
        REECE DAMERON, ESQUIRE

ALSO PRESENT:

RODOLFO DURAN, Videographer
Magna Legal Services

---

V. Zilberman

Shnaider, Karen Dyer, Boies Schiller & Flexner.

With me is my colleague, Reece Dameron.

V A D I M   Z I L B E R M A N, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY
MS. DYER:

Q.   Mr. Zilberman, good morning.  We met unofficially before we started.

Can you state your full name for the record, please?

A.   My full name is Vadim Zilberman.

Q.   And have you ever been deposed before?

A.   Yes, I have been deposed.

Q.   How many times?

A.   Once.

Q.   When was that?

A.   Four or five years ago.

Q.   And do you know what the nature of the case was that you were deposed in?

---

THE VIDEOGRAPHER: This is the start of media label No. 1 of the video-recorded deposition of Vadim Zilberman in the matter Eduard Slinin against Alex Shnaider in the United States District Court, Southern District of New York.

This deposition is being held at the law offices of Boies Schiller & Flexner LLP located at 575 Lexington Avenue, New York, New York on September 25, 2017 at approximately 9:05 am.

My name is Rodolfo Duran and I am the legal video specialist.

The court reporter today is Leslie Fagin.  We are both in association with Magna Legal Services.

Will counsel please introduce themselves?

MR. LEBOWITZ:  For Vadim Zilberman, Laurence Lebowitz, Dealy Silberstin & Braverman, 225 Broadway, New York, New York.

MS. DYER:  For defendant, Alex

---

V. Zilberman

A.   It was defense in slip and fall case.

Q.   And who was being sued in that slip and fall case?

A.   The holding company for the property.

Q.   The holding company that you were associated with?

A.   That's correct.

Q.   Do you know what happened to that case?

A.   I don't remember.

Q.   Were you a party to that case or were you a third party?

A.   I was not a party.

Q.   Since it's been a little while, we will go through some ground rules.  I will ask you a series of questions, you will have to answer verbally because the videographer will be visited taping you, but the court reporter will need to take down your verbal answer, so you can't shake your head yes or no, understood?

A.   I do.



Page 6

```
1              V. Zilberman
2       Q.  If you don't understand a question
3   I ask, please ask me to repeat it or rephrase
4   it, I will be happy to do so.
5          If you do answer a question, I am
6   going to assume that you understand the
7   question, fair enough?
8       A.  Okay.
9       Q.  Any time you want a break, just let
10  me know.  We will take a break, unless there
11  is a question pending, in which case, I want
12  you to answer the question first before we
13  take that break.
14         MS. DYER:  I don't know, I think we
15     moved into the new age, we don't have to
16     take breaks to change the videotape or
17     we do?
18         THE VIDEOGRAPHER:  Every hour and
19     40 minutes, we have to stop and hit
20     record again.
21      Q.  We will have to take breaks from
22  time to time to accommodate the videotape and
23  the court reporter and videographer will let
24  us know.
25         What did you do, if anything, to
```

Page 8

```
1              V. Zilberman
2   besides meeting with Mr. Lebowitz for
3   approximately an hour to prepare for the
4   deposition?
5       A.  No.
6       Q.  Where are you employed, sir?
7       A.  You mean geographically?
8       Q.  What's the name of the entity or
9   individual who employs you currently?
10      A.  Okay.  Corporate Transportation
11  Group.
12      Q.  Where physically is Corporate
13  Transportation Group located?
14      A.  Brooklyn, New York.
15      Q.  Is that where your office is?
16      A.  Yes.
17      Q.  What's the address?
18      A.  335 Bond Street.
19      Q.  In Brooklyn?
20      A.  In Brooklyn.
21      Q.  Who owns Corporate Transportation
22  Group?
23      A.  Mr. Eduard Slinin.
24      Q.  Is he the 100 percent owner of that
25  group?
```

Page 7

```
1              V. Zilberman
2   prepare for this deposition today?
3       A.  Nothing.
4       Q.  Did you speak with any lawyers that
5   represent Mr. Slinin in this case?
6       A.  Yes, I did.
7       Q.  Who did you speak with?
8       A.  Mr. Lebowitz.
9       Q.  Did you speak with any other
10  lawyers?
11      A.  No, I did not.
12      Q.  When did you speak with Mr.
13  Lebowitz?
14      A.  Last week.
15      Q.  And was that an in-person meeting
16  or was it by telephone?
17      A.  It was in person.
18      Q.  I don't want you to tell me
19  anything you guys discussed, but tell me
20  approximately how long that meeting lasted?
21      A.  Less than an hour.
22      Q.  Did you look at any documents in
23  preparation for your deposition today?
24      A.  No.
25      Q.  Is there anything else you did
```

Page 9

```
1              V. Zilberman
2       A.  I am not sure.
3       Q.  But are you aware of any other
4   owner of Corporate Transportation Group
5   besides Eduard Slinin?
6       A.  No.
7       Q.  You are pretty good at this.  Just
8   let me remind you, the court reporter is
9   trying to take down what we say, so if you
10  wait for me to ask the question and pause to
11  answer, it will help to create a smoother
12  day, let put it that way.
13      A.  Okay.
14      Q.  What is your job title at Corporate
15  Transportation Group?
16      A.  My job title is chief financial
17  officer.
18      Q.  How long have you held that
19  position?
20      A.  About 10 years, 10 years plus.
21      Q.  Do you have a job with any other
22  company besides Corporate Transportation
23  Group?
24      A.  No.
25      Q.  In the last 10 years or so, have
```



Page 10

| 1 | V. Zilberman |
|---|---|
| 2 | you had a job with any other company besides |
| 3 | Corporate Transportation Group? |
| 4 | A.  No. |
| 5 | Q.  Are you familiar with a company |
| 6 | called NYC 2 Way, capital N-Y-C, the number |
| 7 | two, and then capital W-A-Y? |
| 8 | A.  Yes, I am familiar. |
| 9 | Q.  Do you know what that company is? |
| 10 | A.  Yes. |
| 11 | Q.  What is it? |
| 12 | A.  It is a black car service company. |
| 13 | Q.  And who owns NYC 2 Way? |
| 14 | A.  Mr. Eduard Slinin. |
| 15 | Q.  Do you provide any services to NYC |
| 16 | 2 Way? |
| 17 | A.  It's a good question. |
| 18 | NYC 2 Way is part of Mr. Slinin's |
| 19 | company. |
| 20 | Q.  Would it be fair to say it's a |
| 21 | subsidiary of the company that you work for? |
| 22 | A.  No. |
| 23 | Q.  Is it an affiliated company? |
| 24 | A.  Yes, it's common ownership, Mr. |
| 25 | Slinin owns NYC 2 Way. |

Page 11

| 1 | V. Zilberman |
|---|---|
| 2 | Q.  Are the financials of NYC 2 Way |
| 3 | wrapped in the main company that you work |
| 4 | for? |
| 5 | MR. LEBOWITZ:  Objection to form. |
| 6 | Q.  If you know. |
| 7 | A.  Can you be more specific. |
| 8 | Q.  Well, do the financial results of |
| 9 | NYC 2 Way get combined or consolidated in any |
| 10 | way with the company that you work for? |
| 11 | A.  I'm trying to separate, you ask two |
| 12 | questions in one. |
| 13 | Q.  What part are you trying to |
| 14 | separate? |
| 15 | A.  The financial of NYC 2 Way wrapped |
| 16 | up, if you can rephrase it, it would be very |
| 17 | helpful, I have difficulty to define wrapped |
| 18 | up. |
| 19 | Q.  Does NYC 2 Way prepare any |
| 20 | financial statements? |
| 21 | A.  Yes. |
| 22 | Q.  And what kind of financial |
| 23 | statements do they prepare? |
| 24 | A.  Financial statement, annual |
| 25 | financial statement. |

Page 12

| 1 | V. Zilberman |
|---|---|
| 2 | Q.  Pretend I'm not an accounting |
| 3 | major, although I am. |
| 4 | For the record, what would those |
| 5 | financial statements be? |
| 6 | A.  I am not accounting major either. |
| 7 | Q.  Do you know the names of the |
| 8 | financial statements? |
| 9 | A.  Just annual financial statement, |
| 10 | year end financial statements. |
| 11 | Q.  It would be income statement? |
| 12 | A.  Income statement. |
| 13 | Q.  Balance sheet? |
| 14 | A.  Yes. |
| 15 | Q.  Profit and loss statement? |
| 16 | A.  Income statement profit and loss |
| 17 | statement. |
| 18 | Q.  Cash flow statement? |
| 19 | A.  Probably not. |
| 20 | Q.  So we know we have an income |
| 21 | statement and balance sheet? |
| 22 | A.  Yes. |
| 23 | Q.  That's prepared for NYC 2 Way? |
| 24 | A.  Yes. |
| 25 | Q.  And is there an income |

Page 13

| 1 | V. Zilberman |
|---|---|
| 2 | statement/profit and loss statement prepared |
| 3 | for the company that you work for? |
| 4 | A.  Yes. |
| 5 | Q.  Is there a balance sheet prepared |
| 6 | for the company you work for? |
| 7 | A.  Yes. |
| 8 | Q.  Do you know if those two income |
| 9 | statements, for example, are combined in any |
| 10 | way? |
| 11 | A.  Yeah, I think so. |
| 12 | Q.  Same thing for the balance sheet? |
| 13 | A.  I think so, yeah. |
| 14 | Q.  So would it be fair to say that the |
| 15 | results of those companies, the financial |
| 16 | results of those companies are consolidated? |
| 17 | A.  No. |
| 18 | Q.  Would it be fair to say that the |
| 19 | financial results of those two companies are |
| 20 | consolidated for financial reporting |
| 21 | purposes? |
| 22 | A.  Yes. |
| 23 | Q.  Where is Corporate Transportation |
| 24 | Group registered to do business? |
| 25 | A.  State of New York. |



Page 34

```
 1          V. Zilberman
 2      Q.  Do you know whether you met him
 3  prior to 2012?
 4      A.  I don't remember, probably once
 5  before that.
 6      Q.  You believe that may have been 12
 7  years, as much as 12 years ago?
 8      A.  Yes, yes.
 9      Q.  When you met Mr. Shnaider, did you
10  have any understanding as to any of the
11  businesses that he was in?
12      A.  Yes, I think so.
13      Q.  And did you have any understanding
14  that he was involved in buying and/or selling
15  private aircraft?
16      A.  You are referring your question to
17  Mr. Shnaider, to our meeting or --
18      Q.  Just your understanding what he
19  did, whether it was tied to a specific
20  meeting or not?
21      A.  Yes.
22      Q.  So you did understand he was
23  involved in buying and selling private
24  aircraft, is that correct?
25      A.  Yes.
```

Page 35

```
 1          V. Zilberman
 2      Q.  Did there come a time when you
 3  learned that Mr. Slinin and Mr. Shnaider were
 4  interested in selling airplanes?
 5      A.  Yes.
 6      Q.  And when was that, approximately?
 7      A.  2007.
 8      Q.  2007?
 9      A.  Yes.
10      Q.  Do you know how you learned of
11  that, sir?
12      A.  From Mr. Slinin.
13      Q.  What did Mr. Slinin tell you, as
14  best you can recall?
15      A.  Mr. Slinin told me that Mr. Slinin
16  and Mr. Shnaider are partners.  Mr. Shnaider,
17  because of his connection and volume of the
18  planes, acquiring from Bombardier, a Canadian
19  manufacturer of the planes, and Mr. Slinin's
20  network, they came together where Mr.
21  Shnaider provides the acquisitions for the
22  planes for the interested buyers and Mr.
23  Slinin provides the buyers interested to buy
24  the planes and they share profit equally, if
25  there is a profit.
```

Page 36

```
 1          V. Zilberman
 2      Q.  Did Mr. Slinin tell you anything
 3  about this partnership that he claimed he and
 4  Mr. Shnaider made, other than what you just
 5  described?
 6      A.  Can you be more specific?
 7      Q.  Sure.
 8          Did he tell you -- you said Mr.
 9  Slinin and Mr. Shnaider, according to Mr.
10  Slinin, are partners, correct, and -- is that
11  correct?
12      A.  Yes.
13      Q.  I think you told me that together,
14  they were going to find interested buyers,
15  Mr. Slinin providing the buyers to the planes
16  and Mr. Shnaider providing the connection to
17  Bombardier, correct?
18      A.  Providing the planes through his
19  connection with Bombardier.
20      Q.  Did Mr. Slinin tell you anything
21  else about the partnership that he alleged
22  between himself and Mr. Shnaider?
23      A.  I don't remember.
24      Q.  Did he tell you when -- strike
25  that.
```

Page 37

```
 1          V. Zilberman
 2          Did Mr. Slinin tell you when he and
 3  Mr. Shnaider allegedly formed this
 4  partnership?
 5      A.  I believe it was in 2007, it could
 6  be late 2006.
 7      Q.  Did he tell you any specific date
 8  or month when it was formed?
 9      A.  I believe so, I just don't remember
10  the specific date.  I remember it was
11  probably the second part of 2006 and first
12  part of 2007.
13      Q.  And did he tell you where this
14  partnership was formed?
15      A.  I believe it was reference to the
16  meeting with Mr. Shnaider and chain of
17  meetings with Mr. Shnaider in New York.  I do
18  remember Mr. Slinin saying, hey, I'm going to
19  meet Alex, he is coming in to see me about
20  the planes and that was in New York and that
21  was a couple of times during 2007, once I
22  joined Mr. Slinin's company.
23      Q.  Were you present at any of these
24  meetings?
25      A.  I was not.
```



10  (Pages 34 to 37)

Page 38

```
 1              V. Zilberman
 2      Q.  Do you know where any of these
 3  meetings occurred?
 4      A.  I'm sorry?
 5      Q.  Do you know the location of where
 6  any of these meetings occurred?
 7      A.  I believe Mr. Slinin referred to
 8  Mr. Shnaider's preference to stay in the Four
 9  Seasons and that's probably where the
10  meetings occurred, and it was a Greek
11  restaurant, I believe, they frequented, Greek
12  and Italian restaurant, Mr. Slinin referred
13  to, don't quote me on the name, the one
14  Scalinatella.  That's based upon my
15  recollection.
16      Q.  Do you know for sure they met at
17  the Four Seasons?
18      A.  It was a chain of the meetings when
19  Alex was in New York, Mr. Shnaider was in New
20  York, the chain of the meetings, it could be
21  Four Seasons, I'm not sure exactly where it
22  was, getting back to Mr. Slinin's reference.
23      Q.  Do you know how many meetings there
24  were supposedly?
25      A.  A number of meetings, I cannot say,
```

Page 39

```
 1              V. Zilberman
 2  more than 10 probably.
 3      Q.  It's your testimony they were all
 4  in New York?
 5      A.  Yes, based on my knowledge, to the
 6  best of my knowledge, from what I heard from
 7  Mr. Slinin.
 8      Q.  You were not present at any of
 9  these meetings?
10      A.  No.
11      Q.  So you have no personal knowledge
12  of any of these meetings?
13      A.  I do not.
14      Q.  You don't know what was discussed
15  at these meetings, correct?
16      A.  I do not.
17      Q.  Were you involved in any way in the
18  efforts that ensued to sell airplanes then?
19      A.  No.
20      Q.  Do you have an understanding as to
21  whether there were specific contracts that
22  were the subject of the arrangement between
23  Mr. Slinin and Mr. Shnaider?
24      A.  Can you please break this.
25      Q.  Sure.
```

Page 40

```
 1              V. Zilberman
 2      Do you know if there were specific
 3  contracts for the sale of aircraft that were
 4  the subject of the arrangement between Mr.
 5  Shnaider and Mr. Slinin?
 6      A.  Yes, I believe so.
 7      Q.  Do you know how many contracts
 8  there were?
 9      A.  I think like more than five.
10      Q.  Do you know if there were more than
11  10?
12      A.  Possibly.
13      Q.  Have you ever seen any of the
14  contracts for the sale of the aircraft that
15  you are referring to?
16      A.  Yes.
17      Q.  If I told you that there were nine
18  contracts corresponding to the sale of
19  aircraft in the arrangement between Mr.
20  Shnaider and Mr. Slinin, does that sound
21  correct?
22      A.  Yes.
23      Q.  But you don't recall, as you sit
24  here?
25      A.  I don't recall, nine or 12.
```

Page 41

```
 1              V. Zilberman
 2      Q.  Do you have an understanding as to
 3  what the responsibilities, if any, were of
 4  Mr. Slinin for the sale of these aircraft
 5  that we're talking about?
 6      A.  Please define responsibilities.
 7      Q.  What he was going to do with regard
 8  to trying to sell these aircraft.
 9      A.  I understand Mr. Slinin had
10  responsibility, referring to responsibility
11  to market the aircraft to interested buyers.
12      Q.  Do you have an understanding as to
13  how many aircraft -- strike that.
14      Do you have an understanding as to
15  how many contracts are the subject of the
16  lawsuit in the amended complaint in this
17  case?
18      MR. LEBOWITZ:  Can you read that
19  back.
20      (Record read.)
21      A.  No, I do not.
22      Q.  Do you know if Mr. Slinin ever
23  collected any monies from any prospective
24  buyers of the aircraft that are the subject
25  of this lawsuit?
```