Page 42

```
 1              V. Zilberman
 2       A.  Will you please repeat the first
 3   part because while arriving at the second
 4   part, I lost the first part.
 5           (Record read.)
 6       A.  I would answer yes, as the
 7   partnership collected the money, I would say
 8   yes.
 9       Q.  Do you know who that money was
10   collected from?
11       A.  No.
12       Q.  Do you know where that money was
13   deposited?
14       A.  No.
15       Q.  Do you know if there was any
16   partnership bank account?
17       A.  No.
18       Q.  Do you know the name of the alleged
19   partnership between Mr. Slinin and Mr.
20   Shnaider?
21       A.  No.  I do remember the names of the
22   account companies, I believe it was more than
23   one company which was part of the contracts
24   you referred to before.  It was something
25   with the word Challenger in the middle.  I
```

Page 43

```
 1              V. Zilberman
 2   don't remember exactly the name of these
 3   companies.
 4       Q.  So you are referring to, I believe,
 5   Challenger Aircraft Company?
 6       A.  I don't remember, it was like more
 7   than one company.
 8       Q.  Are you referring to CL 850?
 9       A.  I don't remember.
10       Q.  These companies, whose names you
11   don't recall, do you know who owned those
12   companies?
13       A.  Mr. Slinin and Mr. Shnaider.
14       Q.  Do you know how much of an
15   ownership interest Mr. Slinin had?
16       A.  I believe they share equally,
17   profits and losses.
18       Q.  I'm asking, assume for me one of
19   the companies is named Challenger Aircraft
20   Corporation, CAC for short.
21       A.  Okay.
22       Q.  Is it your testimony that Mr.
23   Slinin had any ownership interest in CAC?
24       A.  To the best of my knowledge, from
25   what Mr. Slinin told me and what Mr. Rob Lee
```

Page 44

```
 1              V. Zilberman
 2   told me, yes.
 3       Q.  Do you know where CAC was
 4   incorporated?
 5       A.  No.
 6       Q.  Were you involved in filing any
 7   documents -- strike that.
 8           Were you involved in preparing any
 9   documents with regard to CAC?
10       A.  No.
11       Q.  Did you see any documents with
12   regard to CAC?
13       A.  No.
14       Q.  Do you have any understanding of
15   where any documents regarding CAC were
16   maintained?
17       A.  No.
18       Q.  Do you have an understanding as to
19   where CAC was incorporated?
20       A.  No.
21       Q.  Let's assume that the other company
22   is referred to CL 850, is that all right?
23       A.  All right.
24       Q.  Same questions for CL 850, do you
25   know what ownership interest, if any, Mr.
```

Page 45

```
 1              V. Zilberman
 2   Slinin had in CL 850?
 3       A.  My personal knowledge, Mr. Slinin
 4   and Mr. Shnaider, they shared profits and
 5   losses equally of the other company you just
 6   mentioned.
 7       Q.  Of CAC?
 8       A.  CAC or it was another one.
 9       Q.  CL 850?
10       A.  CL 850.
11       Q.  My question is a little different,
12   though.
13           My question is, do you know what
14   ownership interest, if any, Mr. Slinin had in
15   CL 850?
16       A.  I just answered you, 50 percent.
17       Q.  Equal means 50 percent?
18       A.  Fifty and 50.
19       Q.  Just for the record, because we've
20   been talking over one another, it's your
21   testimony that you believe that Mr. Slinin
22   had a 50 percent ownership interest in CL
23   850, as well, correct?
24       A.  Yes.
25       Q.  Do you know where CL 850 was
```



Page 46

```
 1           V. Zilberman
 2   incorporated?
 3       A. No, I do not.
 4       Q. And were you involved in ever
 5   filing -- strike that.
 6           Were you involved in ever preparing
 7   any documents with regard to CL 850?
 8       A. No, I am not.
 9       Q. Did you ever see any documents with
10   regard to CL 850?
11       A. No.
12       Q. Going back to the funds that we
13   were talking about that I believe you said
14   the partnership collected, correct? Do you
15   know whether those funds were deposited into
16   bank accounts of CAC or CL 850?
17       A. No, I do not.
18       Q. Do you know anything about how
19   those funds were collected and then sent to
20   Bombardier for downpayments?
21           No, you weren't involved in that at
22   all?
23       A. No.
24       Q. Do you have any understanding as to
25   how the sales of these aircraft that are the
```

Page 47

```
 1           V. Zilberman
 2   subject of this lawsuit were structured?
 3       A. No.
 4       Q. Do you know if any of the companies
 5   that Mr. Slinin owned had an ownership
 6   interest in CAC, what we have been referred
 7   to as CAC?
 8       A. I don't know.
 9       Q. Do you know if any of the companies
10   that Mr. Slinin owned had an ownership
11   interest in CL 850?
12       A. I do not.
13       Q. Do you know if anyone associated
14   with Mr. Slinin had an ownership interest in
15   CAC?
16       A. No, I do not.
17       Q. Same question for CL 850?
18       A. No, I do not.
19           If you group all of your questions
20   into one, I do believe Mr. Slinin and Mr.
21   Shnaider, they were equal partners.
22       Q. In CAC and CL 850 --
23       A. You just mention it.
24       Q. So we are not talking over each
25   other and the record is clear, it's your
```

Page 48

```
 1           V. Zilberman
 2   belief that Mr. Slinin and Mr. Shnaider were
 3   50 percent partners in the two companies
 4   we've been referring to as CAC and CL 850,
 5   correct?
 6       A. Yeah. I'm not aware of how that
 7   was structured, either through the personal
 8   or corporations or other entities you
 9   referred to.
10       Q. Do you know if CAC filed any
11   documents with any government agency?
12       A. No, I do not.
13       Q. Do you know if CL 850 filed any
14   documents with any government agency?
15       A. No, I do not.
16       Q. Do you know if CAC had an office?
17       A. No, I do not.
18       Q. What about CL 850?
19       A. I don't know.
20       Q. Do you know if CAC had an agent for
21   service of process?
22       A. I do not know.
23       Q. What about CL 850, same question?
24       A. I don't know.
25       Q. You are aware that monies were
```

Page 49

```
 1           V. Zilberman
 2   collected from potential buyers and
 3   transferred to Bombardier, correct?
 4       A. Yes.
 5       Q. And do you have any knowledge of
 6   how those transfers were effectuated?
 7       A. No.
 8       Q. If I wanted to look through the
 9   books and records of the partnership that
10   you've talked about this morning between Mr.
11   Slinin and Mr. Shnaider, where would I look?
12       A. I believe you ask Mr. Shnaider and
13   Mr. Slinin where are those records.
14       Q. But you are not aware, I take it,
15   of where those records are, correct?
16       A. No.
17       Q. And you are not aware of what
18   records, if any, were maintained, correct?
19       A. Mr. Slinin maintains some records
20   and I do believe Mr. Shnaider maintains some
21   records.
22       Q. What records do you believe Mr.
23   Slinin maintained?
24       A. Records.
25       Q. Tell me what you think was
```



Page 78

V. Zilberman
Resources Holding Limited?
A. No.
MR. LEBOWITZ: Let her complete her question before you answer.
Q. Do you see Mr. Slinin's name anywhere under the heading shareholder/ -- strike that -- sharcholder/members of the company?
A. Not on page ASHC 0003.
Q. You are free to look through any of this document and let me know if you see any reference to ownership in Challenger Aircraft Company Limited under this certificate of incorporation document.
Do you see any reference in this document to ownership in Challenger Aircraft Company Limited under this certificate of incorporation by Mr. Slinin or any of his companies?
A. No, I did not see.
It's Midland Resource Holdings.
Q. As the owner, correct?
A. Of 50,000 shares as of the date -- two documents following from page signed

Page 79

V. Zilberman
dated October 2007 and I don't see any reference over here for the date.
Q. Are you aware of any amendment of the document I placed before you as Zilberman 3, the certificate of incorporation, to reflect any different ownership?
A. No.
Q. Let me show you what we will mark as Zilberman Exhibit 4.
(Zilberman Exhibit 4, documents bearing Bates Stamp Nos. ASHC 000030 through ASHC 000055, marked for identification.)
Q. Let me just ask you to take a look at what I have placed before you, sir, as Zilberman Exhibit 4 and let me know if you've seen it before, please.
A. I haven't seen this document.
Q. For the record, this document is ASHC 000030 through 000055. It's titled on the front page Certificate of Incorporation and it references CL 850 Aircraft Investment Limited.
Do you see that?

Page 80

V. Zilberman
A. Yes, I do.
Q. If you go to the next page, ASHC 000031, do you see under shareholders, members of the company, the name Midland Resources Holding Limited?
A. Yes, I do.
Q. Do you see any reference on that page to Mr. Slinin or any of his companies?
A. I do not.
Q. Can you take a look at the document for me and see if you see any reference to Mr. Slinin or any of his companies elsewhere in the document, sir?
The question is still pending, do you see any reference to Mr. Slinin or any of his companies here?
A. I didn't see any reference. I would like you to refer to page ASHC 0036 and the page ASHC 0055. Just they are blind, the copies.
Q. So for the record, the copies are difficult to read on ASHC 00036 and 55. We will look at the break and see if we have a better copy.

Page 81

V. Zilberman
And what you looked through, did you see any reference to Mr. Slinin?
A. I did not see any reference to Mr. Slinin here.
Q. Did you see a reference to any companies in which Mr. Slinin has an ownership interest?
A. No, I did not, other than the Midland Resources Holding Limited owns 50,000 shares.
Q. And to your knowledge, Mr. Slinin does not have any ownership interest in Midland Resources Holding?
A. Not to my knowledge.
Q. Let me show you what we will mark as Zilberman Exhibit 5.
(Zilberman Exhibit 5, aircraft purchase agreement between Challenger Aircraft Company and Olave Equities Limited for the purchase of Bombardier Challenger Aircraft Model CL-600-2B19 Challenger 850 Executive, marked for identification.)
Q. Let me ask you to take a look at



Page 134

```
 1         V. Zilberman
 2  like that?
 3       A.  I don't remember, I would refer to
 4  my email to Mr. Lee or I believe when I send
 5  email to Mr. Shnaider and Mr. Lee replied and
 6  a whole chain of emails, that was probably
 7  the only time I emailed Mr. Shnaider direct.
 8       Q.  Let me mark Exhibit 7, Zilberman
 9  Exhibit 7.
10         (Zilberman Exhibit 7, documents
11  bearing Bates Stamp Nos. P 000328 and P
12  000329, marked for identification.)
13       Q.  Let me ask you to take a look at
14  this document that I placed before you as
15  Zilberman Exhibit 7 and tell me if you've
16  seen it before, please, sir?
17       A.  Yes, I did see this.
18       Q.  Can you tell me what this document,
19  which, for the record, is P 000328 through P
20  000329, is?
21       A.  It's my email to Mr. Alex Shnaider
22  and Mr. Rob Lee, copying Mr. Slinin on that
23  email and the title for the email Demand For
24  Payment.
25       Q.  And you are looking at the first
```

Page 135

```
 1         V. Zilberman
 2  page of this document, correct?
 3       A.  Yes.
 4       Q.  It says, Attached please find
 5  demand for payment owed to Mr. Eduard Slinin,
 6  correct?
 7       A.  Correct.
 8       Q.  Then if you go over to the next
 9  page, there is a letter to Mr. Lee with your
10  name on the bottom, correct?
11       A.  Correct.
12       Q.  This particular document is not
13  signed by you.
14         Do you know if you ever signed it?
15       A.  No, I don't remember.
16       Q.  Do you know if this particular
17  document was the document that was attached
18  and sent to Mr. Shnaider?
19       A.  That's exactly the question I had
20  reading the first page and the attachment.
21  Let me have a look a minute.
22       Q.  I think it's from your client's
23  files, so that's my question.
24       A.  Okay.
25       Q.  My question was, do you know if
```

Page 136

```
 1         V. Zilberman
 2  this particular document, page 2, was the
 3  document that was attached and is referenced
 4  on page 1?
 5       A.  I really don't remember.
 6         What just strikes me, in my email,
 7  I'm addressing Mr. Shnaider, Alex and I have
 8  attached a document which I addressed Robert
 9  Lee, that's my only...
10       Q.  So you don't know, one way or the
11  other, correct?
12       A.  I don't know, one way or the other,
13  but I assume the dates are correct, I just
14  don't remember, it was six years ago, let's
15  assume that's the document, yes.
16       Q.  Let's turn to the second page.  You
17  reference funds in the amount of 6.5 million.
18  I think that's what you testified to earlier
19  this morning, correct?
20       A.  That's my recollection, that was
21  the amount, 6.5 million.
22       Q.  It says that Midland, Mr. Shnaider
23  received a credit of 6.5 million for
24  terminating three contracts and it references
25  170, 171 and 298, correct?
```

Page 137

```
 1         V. Zilberman
 2       A.  Correct.
 3       Q.  It says 50 percent of that credit
 4  is owed to Mr. Slinin, correct?
 5       A.  Correct.
 6       Q.  Do you know who the parties are to
 7  contract 171, 170 or 298 that you're
 8  referencing here, who were the parties to the
 9  three contracts that you say were terminated
10  and for which is a $6.5 million credit was
11  obtained?
12       A.  I don't remember, but as you and I
13  discussed since this morning, it was two
14  companies, CL 850 and CAC, correct me if I'm
15  wrong, and Bombardier.
16       Q.  So you believe that the parties to
17  these three contracts referenced in paragraph
18  3 of this letter were Bombardier and then
19  either CL 850 or CAC, is that correct?
20       A.  Correct.
21       Q.  Have you seen contracts 170, 171
22  and 298?
23       A.  Contracts between?
24       Q.  Bombardier and whoever the
25  contracting party was.
```

Page 158

```
 1        V. Zilberman
 2   Slinin got a plane pursuant to this
 3   agreement?
 4        A.  To the best of my knowledge, Mr.
 5   Slinin did not get a plane pursuant to the
 6   agreement.
 7        Q.  Do you know if Bombardier had the
 8   right to keep that 2.3 million?
 9        A.  I don't know.
10        Q.  Do you know what happened to the
11   2.3 million?
12        A.  I don't know.  I assume if it was
13   not delivered, it was applied to the One
14   Global, but I am just guessing now.
15        Q.  Let's look back at exhibit --
16   Zilberman Exhibit 8.  If you look at the
17   second page, you say in your demand, 2.3
18   million for the Challenger 850 contract C
19   8500169 sold by you, sir, referring to Mr.
20   Shnaider, to a third party?
21        A.  Correct.
22        Q.  Do you know if contract C 8500169
23   was sold by Mr. Shnaider to anyone?
24        A.  I know what Mr. Slinin told me, it
25   was sold to a third party and referring back
```

Page 159

```
 1        V. Zilberman
 2   to Woren contract.
 3        Q.  But you have no evidence of that?
 4        MR. LEBOWITZ:  Object to the form.
 5        Q.  You are not aware, as you sit here
 6   today, of any document which supports your
 7   statement that contract C 8500169 was sold by
 8   Mr. Shnaider to a third party, correct?
 9        A.  I would say probably no, because
10   this here is the contract in P 0192, I
11   believe -- where Challenger Aircraft Company
12   sold C 8500169 to Woren.  I'm just looking at
13   P 000189, it's the signature page, I just
14   opened it.
15        Q.  You don't know, as you sit here
16   today, whether that sale actually went
17   through, correct?
18        A.  I would say sale went through, that
19   the contract was signed right with Woren, is
20   that correct?
21        Q.  But you don't know if a plane was
22   delivered, correct?
23        A.  No, no.
24        Q.  When you say a sale went through,
25   what do you mean, that there was a contract
```

Page 160

```
 1        V. Zilberman
 2   entered into for the sale?
 3        A.  Right, to be clear on definition.
 4        Q.  Do you know if Woren ever actually
 5   defaulted on that contract or abided by that
 6   contract?
 7        A.  I don't know.  I would say I don't
 8   remember.
 9        Q.  If, as you claim, Mr. Slinin was a
10   partner in either CAC or CL 850 and there was
11   an agreement to split, what, between those
12   two, between Mr. Slinin and Mr. Shnaider?
13        A.  To share profits and losses 50/50,
14   equal, profits and losses equally.
15        Q.  Profits and losses on what?
16        A.  On the transactions of acquiring
17   and selling the airplanes, I'm referring to
18   partnership between Mr. Slinin and Mr.
19   Shnaider.
20        Q.  If CL 850 or CAC entered into a
21   contract with a third party to acquire a
22   Bombardier airplane and that party did not go
23   forward with the contract, did you have an
24   understanding as to what happened to the
25   initial deposit under the contract?
```

Page 161

```
 1        V. Zilberman
 2        MR. LEBOWITZ:  Object to the form.
 3        You can answer.
 4        A.  Please repeat.
 5        Q.  If CL 850 or CAC entered into a
 6   contract with a third party to sell a
 7   Bombardier airplane to that third party and
 8   the third party put a deposit down, but did
 9   not go through with the sale or purchase --
10   strike that -- with the purchase of the
11   plane, did you have an understanding as to
12   what happened to that deposit?
13        A.  Can you rephrase it.
14        Q.  If a third party didn't go through
15   with the sale and purchase of one of these
16   aircraft, do you know what happened to the
17   deposit they put down?
18        A.  Based on what Mr. Slinin told me
19   and what Mr. Lee told me in his emails and
20   probably over the phone, the deposits, Mr.
21   Shnaider applied those deposits to One Global
22   or probably one plus ultimate plane which was
23   sold to a third party.
24        Q.  Do you know if Bombardier had a
25   right to keep those deposits?
```