# Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduard Slinin,

        Plaintiff,        15 - 09674 (RJS)

- Against-

Alex Shnaider,

        Defendant.

## PLAINTIFF EDUARD SLININ'S REPLY TO DEFENDANT ALEX SHNAIDER'S FIRST SET OF REQUESTS FOR ADMISSION

Plaintiff, Eduard Slinin, by and through his attorney, Dealy Silberstein & Braverman, LLP, hereby responds to Defendant Alex Shnaider's First Request for Admissions as follows:

**REQUEST NO. 1:** The Partnership did not own CAC.

Answer: Denied on the ground that Plaintiff had an ownership interest in CAC as a result of his partnership with Defendant.

**REQUEST NO. 2:** You are not aware of the Partnership having any ownership interest in CAC.

Answer: Denied on the ground that Plaintiff had an ownership interest in CAC as a result of his partnership with Defendant.

**REQUEST NO. 3:** The Partnership did not own CL850.

Answer: Denied on the ground that Plaintiff had an ownership interest in CL850 as a result of his partnership with Defendant.

1

**REQUEST NO. 4:** You are not aware of the Partnership having any ownership interest in CL850.

Answer: Denied on the ground that Plaintiff had an ownership interest in CL850 as a result of his partnership with Defendant.

**REQUEST NO. 5:** The Partnership did not maintain any bank accounts.

Answer: Denied on the grounds that the bank accounts maintained by both the Plaintiff and Defendant may in equity be treated as accounts of the Partnership.

**REQUEST NO. 6:** You are not aware of any bank accounts owned or maintained by the Partnership.

Answer: Denied on the grounds that the bank accounts maintained by both the Plaintiff and Defendant may in equity be treated as accounts of the Partnership.

**REQUEST NO. 7:** The Partnership did not file tax returns with any governmental entity.

Answer: Admit

**REQUEST NO. 8:** You are not aware of the Partnership filing tax returns with any governmental entity.

Answer: Admit

**REQUEST NO. 9:** The Partnership did not have a name.

Answer: Admit

**REQUEST NO. 10:** To your knowledge, the Partnership did not have a name.

Answer: Admit

2

**REQUEST NO. 11:** You did not file a Certificate of Assumed Name concerning the Partnership in any county in New York pursuant to General Business Law § 130.

Answer:     Admit

**REQUEST NO. 12:** You did not direct any other person to file a Certificate of Assumed Name concerning the Partnership in any county in New York pursuant to General Business Law § 130.

Answer:     Admit

**REQUEST NO. 13:** To your knowledge, a Certificate of Assumed Name concerning the Partnership was not filed in any county in New York pursuant to General Business Law § 130.

Answer:     Admit

**REQUEST NO. 14:** You did not file a Certificate of Limited Partnership concerning the Partnership with the New York Department of State pursuant to Partnership Law § 121-201.

Answer:     Admit

**REQUEST NO. 15:** You did not direct any other person to file a Certificate of Limited Partnership concerning the Partnership with the New York Department of State pursuant to Partnership Law § 121-201.

Answer:     Admit

**REQUEST NO. 16:** To your knowledge, a Certificate of Limited Partnership concerning the Partnership was not filed with the New York Department of State pursuant to Partnership Law § 121-201.

Answer:     Admit

3

**REQUEST NO. 17:** You did not file a Certificate of Publication concerning the Partnership with the New York Department of State pursuant to Partnership Law § 121-201.

Answer:     Admit

**REQUEST NO. 18:** You did not direct any other person to file a Certificate of Publication concerning the Partnership with the New York Department of State pursuant to Partnership Law § 121-201.

Answer:     Admit

**REQUEST NO. 19:** To your knowledge, a Certificate of Publication concerning the Partnership was not filed with the New York Department of State pursuant to Partnership Law § 121-201.

Answer:     Admit

**REQUEST NO. 20:** You did not file an Application for Authority concerning the Partnership with the New York Department of State pursuant to Partnership Law § 121-902.
Answer:     Admit

**REQUEST NO. 21:** You did not direct any other person to file an Application for Authority concerning the Partnership with the New York Department of State pursuant to Partnership Law § 121-902.

Answer:     Admit

**REQUEST NO. 22:** To your knowledge, an Application for Authority concerning the Partnership was not filed with the New York Department of State pursuant to Partnership Law § 121-902.

Answer:     Admit

**REQUEST NO. 23:** The Partnership was not a limited partnership.

Answer:     Admit

**REQUEST NO. 24:** The Partnership was not a limited liability partnership.

Answer:     Admit

**REQUEST NO. 25:** The Partnership was formed in New York.

Answer:     Admit

**REQUEST NO. 26:** The Partnership was formed in Canada.

Answer: Denied. It was formed in New York.

**REQUEST NO. 27:** The Partnership did not have a registered agent.

Answer:     Admit

**REQUEST NO. 28:** Shnaider was not a party to Bombardier Contract No. L60-207.

Answer:     Admit

**REQUEST NO. 29:** The Partnership was not a party to Bombardier Contract No. L60-207.

Answer:     Admitted to the extent that the Partnership was not a direct party to the contract, but denied to the to the extent that the Partnership had an interest in the contract due to its ownership of CAC and CL850.

**REQUEST NO. 30:** You did not enter into Bombardier Contract No. L60-207 for the benefit of the Partnership.

Answer:     Admit

**REQUEST NO. 31:** You were not a party to Bombardier Contract 206.

Answer:     Admit

5

**REQUEST NO. 32:** The Partnership was not a party to Bombardier Contract 206.

Answer: Admitted to the extent that the Partnership was not a direct party to the contract, but denied to the to the extent that the Partnership had an interest in the contract due to its ownership of CAC and CL850.

**REQUEST NO. 33:** You did not execute any contracts on behalf of the Partnership.

Answer: Admit

**REQUEST NO. 34:** You did not sign any checks issued on any bank account held by the Partnership.

Answer: Denied on the grounds that bank accounts maintained by the Plaintiff and from which Plaintiff disbursed funds, may in equity be treated as accounts of the Partnership.

**REQUEST NO. 35:** You did not prepare, mail, or otherwise send any invoices on behalf of the Partnership.

Answer: Denied on the grounds that demands for deposits and payments made to buyers were on behalf of the Partnership.

**REQUEST NO. 36:** You were not an owner, director, officer, agent, or employee of CAC.

Answer: Admitted that Plaintiff was not a director, officer agent or employee of CAC. Denied regarding ownership on the ground that Defendant's ownership interest in CAC may in equity be treated as the interest of the Partnership.

**REQUEST NO. 37:** You did not have authority to speak or act for CAC.

Answer: Denied to the extent that Defendant agreed that Plaintiff would facilitate transactions involving CAC.

**REQUEST NO. 38:** You were not an owner, director, officer, agent, or employee of CL850.

Answer: Admitted that Plaintiff was not a director, officer, agent or employee. Denied regarding ownership on the ground that Defendant's ownership interest in CL850 may in equity be treated as the interest of the Partnership.

**REQUEST NO. 39:** You did not have authority to speak or act for CL850.

Answer: Denied to the extent that Defendant agreed that Plaintiff would facilitate transactions involving CL850.

**REQUEST NO. 40:** You did not make any payments of principal under the Promissory Note.

Answer: Admit

**REQUEST NO. 41:** You did not make any payments of interest under the Promissory Note.

Answer: Admit

Dated: New York, New York
June 9, 2017

Yours, etc.

Dealy Silberstein & Braverman, LLP
Attorneys for Plaintiff
By: _____
Laurence J. Lebowitz
225 Broadway – Suite 1405
New York, New York 10007
(212) 385-0066

TO: Karen Dyer, Esq. via e-mail only
George Coe, Esq. via e-mail only

7