# Exhibit H

## Challenger 850 Compamy

**From:**

George Rependa <george.rependa@executive-aircraft.com>

**To:**

Edward Slinin <eslinin@nyc2way.com>, mb@gfconsult.ru, 4102737@gmail.com, kdubov@mail.ru

**Date:**

Sun, 14 Sep 2008 17:20:47 +0000

**Attachments:**

CL 850 Letter.pdf (73.5 kB)

Gentlemen:

Please see the attached letter regarding Mr. Slinin's position in CL 850 Company. I regret if this may have caused any misunderstanding.

George Rependa
President

Tele: 905 794 0965
fax:   905 794 0964
mobile : 416 564 1600


_____ Information from ESET NOD32 Antivirus, version of virus signature database 4864 (20100213) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com



Confidential

P009729



Sunday 14, 2008

Eduard Slinin
335 Bond Street
Brooklyn, Newyork
11231

Dear Eduard et al:

In an effort to clarify two points that have been communicated to Mr. Pirumov and his attorney during our meeting in Moscow on Monday the 7th of September 2008 please find below the following clarifications.

1. Mr. Eduard Slinin as referenced in connection to **The CL 850 Aircraft Investment s Ltd** company has no ownership stake. I may have mistakenly communicated this that Mr. Slinin is a partner in this company, this was an error.
2. The contribution of Mr. Eduard Slinin's aircraft volume greatly helped in the reduction of the sales price of the aircraft from Bombardier.

Eduard I hope this will help clarify your invaluable contribution to this transaction and clear up any misunderstanding that this may have created.

Yours truly,

President

CC: Michael Balakirev
    Giorgy Pirumov
    Kirill Dubov

Executive Aircraft Services Inc.
35 Bellini Ave. , Brampton, Ontario, L6P-0E2
905-794-0965 Phone <> 416-564-1600 Cell <> 905-794-0964 Fax
info@executive-aircraft.com



Confidential

P009730