# Exhibit I



# RE: Challenger 850 Compamy

**From:**

Michael <mb@gfconsult.ru>

**To:**

George Rependa <george.rependa@executive-aircraft.com>, Edward Slinin <eslinin@nyc2way.com>, 4102737@gmail.com, kdubov@mail.ru

**Date:**

Mon, 15 Sep 2008 12:09:09 +0000

Dear George

Thank you, noted.

Sincerely
Michael
GFConsult

**From:** George Rependa [mailto:george.rependa@executive-aircraft.com]
**Sent:** Monday, September 15, 2008 4:03 PM
**To:** 'Michael'; 'Eddie Slinin'; 4102737@gmail.com; kdubov@mail.ru
**Subject:** RE: Challenger 850 Compamy

Michael:

It is this company " Challenger Aircraft Company " That I am referring to.

George Rependa
President

Tele: 905 794 0965
fax:  905 794 0964
mobile : 416 564 1600

**From:** Michael [mailto:mb@gfconsult.ru]
**Sent:** Monday, September 15, 2008 7:34 AM
**To:** 'George Rependa'; 'Eddie Slinin'; 4102737@gmail.com; kdubov@mail.ru
**Subject:** RE: Challenger 850 Compamy

Dear George

Thank you for your message and your assistance in Moscow.
Please advise what is the company "The CL 850 Aircraft Investment s Ltd" indicated in your letter? We had the contract and assignment with Challenger Aircraft Company and we did not know "The CL 850 Aircraft Investment s Ltd"....

Sincerely
Michael
GFConsult

**From:** George Rependa [mailto:george.rependa@executive-aircraft.com]
**Sent:** Sunday, September 14, 2008 9:21 PM
**To:** 'Eddie Slinin'; mb@gfconsult.ru; 4102737@gmail.com; kdubov@mail.ru

Confidential

P009724

**Subject:** Challenger 850 Compamy

Gentlemen:

Please see the attached letter regarding Mr. Slinin's position in CL 850 Company. I regret if this may have caused any misunderstanding.

George Rependa
President

Tele: 905 794 0965
fax:   905 794 0964
mobile : 416 564 1600

_____ Information from ESET NOD32 Antivirus, version of virus signature database 4864 (20100213) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

Confidential

P009725