# Exhibit J

Message

| | |
|---|---|
| **From:** | Rob Lee |
| **Sent:** | 8/6/2008 12:00:12 PM |
| **To:** | Alex Shnaider [/o=Trade/ou=Toronto/cn=Recipients/cn=A.SHNAIDER] |
| **Subject:** | RE: Slinin planes |

EXHIBIT
Lee - 30
9-14-17

Vadim Zilberman

**From:** Alex Shnaider
**Sent:** Wednesday, August 06, 2008 11:59 AM
**To:** Rob Lee
**Subject:** Re: Slinin planes

That's correct. Who is calling you?

Sent from my BlackBerry device on the Rogers Wireless Network

**From:** "Rob Lee" <rob.lee@midland.gg>
**Date:** Wed, 6 Aug 2008 11:55:38 -0400
**To:** Alex Shnaider<alex.shnaider@midland.gg>
**Subject:** Slinin planes

Alex

Slinin's people are pushing for assignment of the remaining Bombardier purchase contracts. Profit share on each plane is not fully paid and to assign would take away control over the process. I assume no assignments until paid?

Regards

Rob

CONFIDENTIAL

AS0005297