# Exhibit K

Message

From:     Rob Lee [/O=TRADE/OU=TORONTO/CN=RECIPIENTS/CN=ROB]
Sent:     5/27/2009 2:23:39 PM
To:       Alex Shnaider [/O=TRADE/OU=TORONTO/CN=RECIPIENTS/CN=A.SHNAIDER]
Subject:  RE: When will you finish the bombardier summery?



Alex

One further issue is that the Xaman 850 is cancelled, but your information is that it may be sold. George commented to me that was unlikely, but he is checking into the "spec's meeting at Bombardier June 15".

Rob


**From:** Rob Lee
**Sent:** Wednesday, May 27, 2009 2:19 PM
**To:** Alex Shnaider
**Subject:** RE: When will you finish the bombardier summery?


Alex

I have a summary table which I can bring anytime.


The following contracts have been cancelled:

Five out of six 850's, so that only number C850-161, which is ready green now survives. All downpayments are transferred to the new 850. The liquidated damages (previously 10% of purchase price) on the new 850 in the event of non-performance is changed to $15.5M. Revised price for this 850, green, is $17,643,100, fully covered by transfer of downpayments from other positions.


Also cancelled, one Lear 60 ordered by KSR Jet Inc (Eddie). $1M downpayment transferred to Midland's Lear 60, number 206, for July 2009 delivery. Price of this Lear remains $10.9M, revised downpayments are $7,556,900 therefore $3,343,100 is due on delivery. The liquidated damages (previously 10% of purchase price) on the Lear 60 in the event of non-performance is changed to $8.7M.


Also cancelled, one Global XRS, for delivery 2010. $4M down payment transferred to above 850 and Lear 60.


CONFIDENTIAL



Amended:

3 Global XRS', for delivery 2012. in each case $2.5M downpayment is amended to $100K and $2.4M transferred to above positions. In each case next payment is January 15, 2011 at $3,400,000 (previously $1M).

Issues:

1. GE to agree to the changes and re-finance new 850.
2. Eddie Slinin to agree to transfer $1M down on his Lear 60 to a new position. To be treated as part repaymenty of $4M loan?

Regards

Rob

**From:** Alex Shnaider
**Sent:** Wednesday, May 27, 2009 1:29 PM
**To:** Rob Lee
**Subject:** When will you finish the bombardier summery?

CONFIDENTIAL

AS0007023