UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
EDUARD SLININ,

        Plaintiff,

-against-

ALEX SHNAIDER,

        Defendant.
-----------------------------------------------------X

**Docket No. 15-cv-9674 (RJS)**

**JOINT PRE-TRIAL ORDER**

The plaintiff and defendant jointly submit the following Joint Pre-Trial Order:

## CAPTION

*Edward Slinin v. Alex Shnaider*, No. 1:15-cv-09674 (RJS)

## TRIAL COUNSEL

Plaintiff's Counsel:    Dealy, Silberstein & Braverman, LLP
By: Laurence J. Lebowitz
225 Broadway – Suite 1405
New York, New York 10007
Phone: (212) 385-0066
Fax: (212) 385-2117


Keller Lenkner LLC
By: Warren Postman
1300 I Street, N. W.
Suite 400E
Washington, D.C. 20005
Phone: (202) 749-8334


Keller Lenkner LLC
By: Tom Kayes
150 N. Riverside Plaza
Suite 4270
Chicago, IL 60606
Phone: (312) 741-5227

Defendant's Counsel:

Michael Paul Bowen
Bradley Peter Lerman
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
mbowen@kasowitz.com
blerman@kasowitz.com

## SUBJECT MATTER JURISDICTION

The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(2), in that the Plaintiff is a citizen of this State and Defendant is a citizen of a foreign state and the amount in controversy exceeds $75,000.

## CLAIMS AND DEFENSES

### A. PLAINTIFF'S POSITION

Plaintiff Eduard Slinin seeks a determination by this Court that a partnership existed under New York Partnership Law ("NYPL") § 10 between himself and Defendant Alex Shnaider related to the purchase and sale of private aircraft to third parties. Slinin further seeks an accounting of partnership assets under NYPL § 74 and distribution of the assets of the partnership under NYPL § 71. Plaintiff's Amended Complaint included additional claims which were previously dismissed by the Court.

### B. DEFENDANT'S POSITION

No such partnership existed. For that reason, no accounting is permitted at law or equity. In addition, plaintiff entered into an oral settlement agreement, which precludes his equitable accounting cause of action.

## TRIAL DAYS NEEDED

Plaintiff estimates that three days are needed for trial.

Defendant estimates that two days are needed for trial.

## NO TRIAL BY MAGISTRATE JUDGE

In this case, there is no requisite consent to a trial of the case by a magistrate judge.

## STIPULATIONS OF FACT

The parties agree upon the following undisputed facts:

1. At all relevant times, Eduard Slinin was a New Jersey citizen and Mr. Shnaider was a Canadian citizen.

2. There is no written partnership agreement between Alex Shnaider and Eduard Slinin.

3. Eduard Slinin is not listed in the formation documents for Challenger Aircraft Company, Ltd., CL850 Aircraft Investments, Ltd., or CL850 Aviation Holdings, Ltd.

4. Eduard Slinin did not have authority, control, or management rights with respect to Challenger Aircraft Company, Ltd., CL850 Aircraft Investments, Ltd., or CL850 Aviation Holdings, Ltd.

5. Mr. Slinin never created or filed any tax returns or filings separate and apart from his individual tax returns on behalf of any partnership with Mr. Shnaider.

6. Mr. Slinin never created or filed any tax returns or filings on behalf of Challenger Aircraft Company, Ltd., CL850 Aircraft Investments, Ltd., or CL850 Aviation Holdings, Ltd.

7. Mr. Slinin arranged two buyers, Oleg Sheikhametov and Georgy Pirumov, for the aircraft contracts at issue.

8. Olave Equities was created by Midland Resources Holding Limited ("Midland").

3

9. Colley International Marketing SA was created by Midland.

10. Blue Industrial Skies Inc. was created by Midland.

11. Jofan Holding Limited was created by Midland.

12. Setius Technologies Ltd. was created by Midland.

13. Xaman Holdings, Ltd. was created by Midland.

14. Stogan Assets Incorporated was created by Midland.

15. Mr. Sheikhametov used Olave Equities and Colley International Marketing SA as the buyers for contracts 161 and 162, respectively.

16. Mr. Pirumov used Blue Industrial Skies Inc., Jofan Holding Limited, Setius Technologies Ltd., Xaman Holdings, Ltd, and Stogan Assets Incorporated as the buyers for contracts 169, 170, 171, 172 and GXRS-298, respectively.

17. Mr. Slinin and Mr. Shnaider met on February 25, 2012 at the office of Mr. Simon Kronenfeld in Toronto, Ontario, Canada, to discuss all claims concerning the aircraft contracts at issue.

18. Along with Messrs. Shnaider and Slinin, Simon Kronenfeld and Michael Sapir were present.

19. On November 2, 2007, Bombardier contract 172 was assigned directly to Xaman Holdings Ltd.

20. Mr. Slinin received payments of $2 million, related to aircraft contract 169 from Woren Inc. or a related entity.

21. The completed aircraft associated with amended contract 161, Bombardier Challenger 850-8100, was sold to Start Soar Limited, a China-based buyer.

22. Mr. Slinin had no role in procuring the buyer who purchased the Bombardier.

4

Challenger 850-8100.

23. The Learjet associated with aircraft contract 206 was not sold to a third-party. Instead, Midland returned it to Bombardier for a $9.5 million Bombardier credit conditioned on Midland purchasing three additional aircraft.

24. Mr. Slinin executed the Promissory Note for $4.45 million and the related personal guarantee on or about December 26, 2008.

## STIPULATIONS OF LAW

The parties agree that the following legal standards are applicable:

1. Under New York law, a partnership agreement may be formed orally or through conduct and need not be in writing.

2. Plaintiff is not entitled to an accounting unless he proves by a preponderance of the evidence that he and defendant were partners in an oral partnership.

3. To prove a New York oral partnership, plaintiff must prove by a preponderance of evidence: (1) the parties' sharing of profits and losses; (2) the parties' joint control and management of the business; (3) the contribution by each party of property, financial resources, effort, skill, or knowledge to the business; and (4) the parties' intention to be partners.

## TRIAL WITNESSES

### A. PLAINTIFF'S CASE-IN-CHIEF WITNESSES

1. Eduard Slinin – Direct Testimony by Affidavit
2. Alex Shnaider – Cross Examination in person
3. Robert Lee – Cross Examination in person
4. George Rependa – By Deposition

B. **DEFENDANT'S CASE-IN-CHIEF WITNESSES**

1. Alexander Shnaider – In person
   c/o Michael Paul Bowen, Esq.
   Kasowitz Benson Torres LLP
   1633 Broadway
   New York, New York 10019

2. Robert Lee – In person
   c/o Michael Paul Bowen, Esq.
   Kasowitz Benson Torres LLP
   1633 Broadway
   New York, New York 10019

3. Michael Sapir – In person
   c/o Nova Diamond Ltd.
   221 Victoria Street, Lower Level
   Toronto, ON, Canada M5B 1V4

4. George Rependa – by deposition
   c/o Bombardier Inc.
   800 René-Lévesque Blvd W
   Montreal, QC H3B 1Y8, Canada

## DEPOSITION DESIGNATIONS

A. **PLAINTIFF**

1. George Rependa

| Pl.'s Designations | Def.'s Objs. & Counter-Designations | Pl.'s Objs. |
|---|---|---|
| 4: 15-25 | | |
| 5: 2-25 | | |
| 6: 8-16 | | |
| 8: 14-16 | | |
| 8: 21-25 | | |
| 9: 2-15 | 9:16 to 10:9 | |
| 10: 10-25 | | |
| 11:2-10 | | |
| 11: 25 | | |
| 12: 2-5 | 12:6-15 | |
| 12: 18-25 | | |
| 13: 2-8 | | |
| 13: 18-25 | | |
| 14: 2-25 | | |

| Pl.'s Designations | Def.'s Objs. & Counter-Designations | Pl.'s Objs. |
|---|---|---|
| 15: 14-21 | 15:9-13 | |
| 18: 2-20 | | |
| 19: 3-5 | | |
| 25: 4-9 | | |
| 25: 19-25 | | |
| 26: 2-9 | | |
| 28: 22-25 | | |
| 29: 2-19 | | |
| 31: 10-25 | 30:2-25; 31:2-9 | |
| 32: 2-8 | | |
| 32: 14-22 | | |
| 33: 6-8 | | |
| 33: 17-19 | | |
| 36: 23-25 | | |
| 37: 2-4 | | |
| 37: 15-39: 2 | | |
| 39: 13-16 | 39:3-12 | |
| 39: 18-25 | | |
| 45:6-47:8 | 47:9 to 48:10 | |
| 40: 2-10 | | |
| 52:2-53:10 | | |
| 54: 7-25 | Hearsay; No Personal Knowledge | |
| 55: 2-25 | Hearsay; No Personal Knowledge | |
| 56: 2-25 | Hearsay; No Personal Knowledge | Statement made based upon personal knowledge of the contracts |
| 57: 2-18 | Hearsay; No Personal Knowledge | Not hearsay. Basis of witnesses statement is from personal knowledge |
| 58: 9-21 | Hearsay; No Personal Knowledge | Not hearsay. Basis of statement is personal knowledge of witness. |
| 59: 16-21 | | |
| 81: 5-21 | 81:22-24 | |
| 82: 20-25 | | |
| 83: 2-15 | | |
| 85: 10-16 | Hearsay; No Personal Knowledge | Not hearsay. Basis of statement is personal knowledge of witness. |
| 85: 22-25 | | |
| 86: 2-7 | 86:8 to 87:19 | |
| 94: 25 | | |
| 95: 2-25 | | |
| 100: 23-25 | | |
| 101: 2-4 | | |

| Pl.'s Designations | Def.'s Objs. & Counter-Designations | Pl.'s Objs. |
|---|---|---|
| 101: 8-25 | | |
| 102: 2-25 | | |
| 103: 2-10 | 103:17 to 104:15 | |
| 105: 7-18 | No Personal Knowledge; Opinion | Witness had personal knowledge regarding contract cancellations |
| 106: 23-25 | No Personal Knowledge | Witness answered question in the negative |
| 107: 2 | No Personal Knowledge | Witness answered question in the negative |
| 108: 14-25 | | |
| 109: 2 | | |
| 109: 4-24 | | |
| 110: 2-10 | | |
| 115:23-117:12 | | |
| 125:11-130:25 | | |
| 131: 2-4 | | |
| 131: 6-25 | | |
| 132: 10-25 | | |
| 133: 2-10 | | |
| 134: 2-25 | | |
| 135: 2-12 | | |
| 149:2-18 | Hearsay; No Personal Knowledge | Objection unfounded - question was asked by defense counsel |
| 161: 5-18 | | |

**DEFENDANT**

1. George Rependa

| Def.'s Designations | Pl.'s Objs. & Counter-Designations | Def.'s Objs. |
|---|---|---|
| 4:21 to 5:16 | | |
| 5:24 to 6:16 | | |
| 13:9-16 | | |
| 15:9-21 | | |
| 29:6-25 | | |
| 93:6-16 | | |
| 97:12-18 | | |
| 103:17 to 104:15 | | |
| 131:10-14 | | |
| 149:19 to 150:13 | | |
| 153:10-19 | | |

2. Vadim Zilberman

| Def.'s Designations | Pl.'s Objs. & Counter-Designations | Def.'s Objs. |
|---|---|---|
| 8:8-23 | | |
| 9:14-20 | | |
| 170:10 to 171:13 | | |
| 230:15 to 233:17 | | |

3. Eduard Slinin

| Def.'s Designations | Pl.'s Objs. & Counter-Designations | Def.'s Objs. |
|---|---|---|
| 35:3-5 | Plaintiff Objects to this and every designation below. Mr. Slinin will be present and available to testify in person and therefore the use of his depositon testimony is improper pursuant to FRCP 32. Plaintiff will withdraw his Objections if the Defendant is willing to waive his right to cross examinination of the Plaintiff and use the deposition exerpts in place thereof, subject to any Objection listed below. | |
| 48:20 to 53:11 | | |
| 53:24 to 55:16 | | |
| 75:19 to 76:19 | | |
| 81:2 to 82:2 | | |
| 82:13 to 82:17 | | |
| 84:15-24 | | |
| 103:11-19 | | |
| 144:22 to 148:10 | | |
| 188:20-23 | | |
| 197:4-10 | 197:11-18 | |
| 209:21 to 210:14 | 207:8 to 209:20 | |
| 211:5-19 | | |
| 232:3-13 | | |
| 232:14 to 233:24 | | |
| 236:2 to 237:21 | | |

## TRIAL EXHIBITS

Plaintiff's Trial Exhibit List is attached hereto as **Schedule 1**.

Defendant's Trial Exhibit List is attached hereto as **Schedule 2**.

Dated: New York, New York
November 8, 2018

By: _____

Laurence J. Lebowitz
Dealy, Silverstein & Braverman, LLP
225 Broadway, Suite 1405
New York, NY 10007
Tel.: (212) 385-0066
Fax: (212) 385-2117
llebowitz@dsblawny.com

-and-

Warren Postman
Thomas Kayes
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Tel.: (312) 741-5220
wdp@kellerlenkner.com
tk@kellerlenkner.com
*Attorneys for Plaintiff*

By: _____

Michael Paul Bowen
Bradley Peter Lerman
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
mbowen@kasowitz.com
blerman@kasowitz.com
*Attorneys for Defendant*

**SCHEDULE 1**

# PLAINTIFF'S TRIAL EXHIBITS
## TABLE OF CONTENTS

| NO. | DESCRIPTION | Party Objection | Nature of Objection |
|---|---|---|---|
| 1 | Articles of Association for Challenger Aircraft Co., Ltd., ("CAC"). | | |
| 2 | Articles of Association for CL850 Aircraft Investments, Ltd., ("CL850"). | | |
| 3 | Contract between CAC and Olave Equities ("Contract No.161"). | | |
| 4 | Contract between Bombardier and CL850 (Mirror Contract No.161). | | |
| 5 | Contract between CAC and Colley International Marketing, S.A., ("Contract No.162"). | | |
| 6 | Contract between Bombardier and CL850 Aviation Holdings, Ltd. (Mirror Contract No. 162). | D | Misleading and incomplete |
| 7 | Contract between CAC and Blue Industrial Skies, Inc., ("Contract No. 169"). | | |
| 8 | Contract between Bombardier and CAC (Mirror Contract No. 169). | D | Misleading |
| 9 | Contract between CAC and Worren, Inc., (Contract No. 169). | D | |
| 10 | Contract between CAC and Jofan Holding, Ltd., ("Contract No. 170"). | D | |
| 11 | Contract between Bombardier and CAC, (Mirror Contract No. 170). | | |
| 12 | Contract between CAC and Setius Technologies, Ltd., ("Contract No. 171"). | | |
| 13 | Contract between Bombardier and CAC, (Mirror Contract No. 171). | D | Misleading and incomplete |
| 14 | Contract between CAC and Xaman Holdings, Ltd., ("Contract No. 172"). | | |
| 15 | Contract between Bombardier and CAC, (Mirror Contract No. 172). | D | Misleading |
| 16 | Contract between CAC and Stogen Assets, Inc., ("Contract No. 298"). | | |
| 17 | Contract between Bombardier and CL850, (Mirror Contract No. 298) | D | Misleading and incomplete |

# PLAINTIFF'S TRIAL EXHIBITS
## TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| 18 | Contract between Learjet, Inc. and KSR Jet, Inc., ("Contract No. 207") and Contract Termination Agreement. | | |
| 19 | Contract between Learjet, Inc. and Midland Resources Holding, Ltd., ("Contract No.206") | D | Misleading and incomplete |
| 20 | Slinin Bank Statements and summary showing payments received from buyers and distribution of same on Contracts 161, 162, 169, 170, 171, 172, 298 and 207 | D | Misleading; FRE 801 and 802; FRE 901; lack of foundation |
| 21 | Translated statement of Defendant made May 25, 2009 to Russian Authorities in connection with criminal investigation on complaint of Georgy Pirumov, marked as Exhibit "1" at Defendant's Deposition on September 17, 2017. | D | FRE 801 and 802; FRE 901; Fed. R. Civ. P. 44(a)(2); Hague Convention No.12 (Public Documents), Art. 1, 4 & 6; F.R.E. 902(3) |
| 22 | Translated statement of Defendant made May 25, 2009 to Russian Authorities in connection with criminal investigation on complaint of Georgy Pirumov. | D | FRE 801 and 802; FRE 901; Fed. R. Civ. P. 44(a)(2); Hague Convention No.12 (Public Documents), Art. 1, 4 & 6; F.R.E. 902(3) |
| 23 | E-mail exchange between Robert Lee and Defendant, dated February 11, 2010. | | |
| 24 | E-mail exchange between Robert Lee and Defendant, dated September 2, 2011. | D | FRE 408; N.Y. C.P.L.R. 4547 |
| 25 | Letter from Robert Lee to Vadim Zilberman, dated October 7, 2011. | D | FRE 408; N.Y. C.P.L.R. 4547 |
| 26 | E-mail from Robert Lee to Daniel Tillis, dated November 29, 2007. | | |
| 27 | Promissory Note, dated December 29, 2008 between All City Funding and Midland Resources Holding, Ltd. | | |

# SCHEDULE 2

SCHEDULE 2
DEFENDANT'S TRIAL EXHIBITS

| EX. NO | DATE | DESCRIPTION | BEG BATES NO. | END BATES NO. | Party Objection | Nature of Objection |
|---|---|---|---|---|---|---|
| D-1 | 2008-12-29 | Promissory Note | P000363 | P000369 | | |
| D-2 | 2008-12-29 | Guaranty | P018439 | P018444 | | |
| D-3 | 2007-10-17 | Aircraft Purchase Agreement between Challenger Aircraft Company and Olave Equities Limited - C850-0161 | P000077 | P000085 | | |
| D-3A | 2007-10-24 | Aircraft Purchase Agreement between Bombardier Inc. and CL 850 Aviation Holdings Ltd. - C850-0161 | P000068 | P000076 | | |
| D-3B | 2011-06-00 | Assignment - C850-0161 | P000089 | P000091 | | |
| D-3C | 2009-07-02 | Amendment No. 1 to C850-0161 | P000086 | P000088 | | |
| D-3D | 2011-06-11 | Aicraft Purchase Agreement between 2023225 Ontario Limited and Start Soar Limited - C850-0161 | P000092 | P000107 | | |
| D-3E | 2011-06-24 | Warranty Bill of Sale - C850-0161 | P000108 | P000114 | | |
| D-4 | 2007-10-17 | Aircraft Purchase Agreement between Challenger Aircraft Company Ltd. And Colley International Marketing SA - C850-0162 | P000151 | P000159 | | |
| D-4A | 2007-10-22 | Aircraft Purchase Agreement between Bombardier Inc. and CL Aviation Holdings Ltd. - C850-0162 | P000160 P000064 | P000164 P000067 | | |
| D-4B | 2007-11-22 | Instrument of Transfer of Shares - C850-0162 | P000165 | P000165 | | |
| D-4C | 2009-07-02 | Termination of Agreement - C850-0162 | P000304 | P000306 | | |
| D-5 | | Aircraft Purchase Agreement between Challenger Aircraft Company Ltd. And Blue Industrial Skies, Inc. - C850-0169 | P000176 | P000182 | | |
| D-5A | 2007-11-02 | Aircraft Purchase Agreement between Bombardier Inc. and Challenger Aircraft Company Ltd. - C850-0169 | P000167 | P000175 | | |
| D-5B | 2008-06-08 | Letter re transfer of shares from G. Pirumov to Jets Worldwide LLC | P000190 | P000191 | | |

SCHEDULE 2
DEFENDANT'S TRIAL EXHIBITS

| EX. NO | DATE | DESCRIPTION | BEG BATES NO. | END BATES NO. | Party Objection | Nature of Objection |
|---|---|---|---|---|---|---|
| D-5C | 2008-07-03 | Aircraft Purchase Agreement between Challenger Aircraft Company Ltd. And Woren Inc. - C850-0169 | AS0004396 | AS0004402 | | |
| D-5D | 2008-07-03 | Settlement Agreement - C850-0169 | P018522 | P018528 | | |
| D-5E | 2008-07-03 | Letter from Challenger Aircraft Company Limited to Woren, Inc. re: C850-0169 | AS0004393 | AS0004395 | | |
| D-5F | 2008-07-03 | Email from R. Lee to A. Shnaider re: FW: Signature Page - C850-0169 | AS0012067 | AS0012068 | | |
| D-6 | 2007-10-31 | Aircraft Purchase Agreement between Challenger Aircraft Company Ltd. And Jofan Holding Limited - C850-0170 | P000218 | P000224 | | |
| D-6A | 2007-11-02 | Aircraft Purchase Agreement between Bombardier Inc. and Challenger Aircraft Company Ltd. - C850-0170 | P000229 P000227 | P000209 P000234 | | |
| D-6B | | Default Letter - C850-0170 | P000225 | P000225 | | |
| D-7 | | Aircraft Purchase Agreement between Challenger Aircraft Company Ltd. And Setius Technologies Ltd. - C850-0171 | P000235 | P000241 | | |
| D-7A | 2007-11-02 | Aircraft Purchase Agreement between Bombardier Inc. and Challenger Aircraft Company Ltd. - C850-0171 | P000226 P000210 | P000226 P000217 | | |
| D-7B | 2007-11-22 | Letter from Midland Resources Holding Ltd. to Setius Technologies, Zoulian Ltd., Zoulian Management Ltd. And Kinanis & Co. Advocates | P010778 | P010779 | | |
| D-7C | 2008-02-04 | Letter from G. Pirumov to Zoulian Ltd., Zoulian Management Ltd. And Zoulian Ltd., Kinanis & Co. Advocates | P010607 | P010607 | | |
| D-8 | | Aircraft Purchase Agreement between Challenger Aircraft Company Ltd and Xaman Holdings Ltd. - C850-0172 | P000252 | P000258 | | |

SCHEDULE 2
DEFENDANT'S TRIAL EXHIBITS

| EX. NO | DATE | DESCRIPTION | BEG BATES NO. | END BATES NO. | Party Objection | Nature of Objection |
|---|---|---|---|---|---|---|
| D-8A | 2007-11-02 | Aircraft Purchase Agreement between Bombardier Inc. and Challenger Aircraft Company Ltd. - C850-0172 | P000243 | P000251 | | |
| D-8B | 2008-08-18 | Settlement Agreement - C850-0172 | P000264 | P000269 | | |
| D-8C | 2008-08-19 | Assignment - C850-0172 | P000259 | P000261 | | |
| D-8D | 2008-12-04 | Letter from Bombardier to Xaman Holding Limited - C850-0172 | P000262 | P000263 | | |
| D-9 | 2007-12-18 | Aircraft Purchase Agreement between Learjet Inc. and Midland Resources Holding Ltd. - L60-0206 | P000288 | P000291 | | |
| D-9A | 2009-07-02 | Amendment No. 1 to L60-0206 | AS0007667 | AS0007668 | | |
| D-10 | 2007-12-27 | Aircraft Purchase Agreement between LeearJet Inc. and KSR Jet, Inc. - L60-0207 | P008931 | P008934 | | |
| D-10A | 2008-03-11 | Letter from MacKay to Slinin re KSR Jet, Inc. - L60-0207 | P018093 | P018093 | | |
| D-10B | 2009-07-02 | Termination Agreement - L60-0207 | AS0013068 | AS0013070 | | |
| D-11 | | Aircraft Purchase Agreement between Challenger Aircraft Company, Ltd and Stogan Assets Incorporated - GXRS-0298 | P000278 | P000283 | | |
| D-11A | 2007-11-21 | Aircraft Purchase Agreement between Bombardier Inc. and CL 850 Aircraft Investments Ltd. - GXRS-0298 | AS0002934 | AS0002940 | | |
| D-11B | 2009-07-02 | Amendment No. 1 to GXRS-0298 | AS HC 000251 | AS HC 000251 | | |
| D-11C | 2009-07-03 | Excess Advance Payment Transfer - GXRS-0298 | P000285 | P000287 | | |
| D-11D | 2007-11-22 | Instrument of Transfer of Shares - GXRS-0298 | P010794 | P010796 | | |
| D-11E | | Default Letter - GXRS-0298 | P017654 | P017654 | | |
| D-12 | 2011-09-02 | Email from R. Lee to V. Zilberman re: Reconciliation Summray | AS0036449 | AS0036455 | | |
| D-13 | 2011-09-30 | Email and Letter from V. Zilberman to A. Shnaider re: Final Demand for Payment | P000326 | P000327 | | |

SCHEDULE 2
DEFENDANT'S TRIAL EXHIBITS

| EX. NO | DATE | DESCRIPTION | BEG BATES NO. | END BATES NO. | Party Objection | Nature of Objection |
|---|---|---|---|---|---|---|
| D-14 | 2011-10-07 | Letter from R. Lee to V. Zilberman re: Response to September 30, 2011 Letter | P000333 | P000336 | | |
| D-15 | 2011-10-21 | Email and Letter from V. Zilberman to R. Lee Re: 10-7-2011 Letter | P000328 | P000329 | | |
| D-16 | 2011-10-27 | Email from R. Lee to V. Zilberman re: Demand for Payment | AS0016053 | AS0016055 | | |
| D-17 | 2012-07-05 | Email from V. Zilberman to R. Lee re: Bombardier Letter | AS0052182 | AS0052186 | | |
| D-18 | 2012-09-25 | Email from A. Shnaider to V. Zilberman re: TR: Challenger Aircraft Company | P000316 | P000319 | | |
| D-19 | 2012-09-25 | Email from M. Sapir to V. Zilberman re:TR: Challenger Aircraft Company | P000320 | P000323 | | |
| D-20 | | Email communications between A. Shnaider and E. Slinin | P000372 | P000438 | | |
| D-21 | | Disbursements - Oleg - Pirumov | AS0017543 | AS0017543 | No Foundation | |
| D-22 | | Disbursements re Challenger Contracts | AS0047948 | AS0047948 | No Foundation | |
| D-23 | 2011-06-30 | Spreadsheet re: Promissory Note and 3 positions - 30.06.11 | AS0036423 | AS0036423 | No Foundation | |
| D-24 | | Blue Crane Limited Wire Transfer | P000492 | P000492 | | |
| D-25 | | Paid from Blue Crane Spreadsheet | AS0021816 | AS0021821 | No Foundation | |
| D-26 | 2010-06-21 | Flying Colours Corp. Invoice No. 62110 | AS0027539 | AS0027541 | No Foundation | |