UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDUARD SLININ,

                Plaintiff,

DOCKET NO. 15-9674 (RJS)

-against-

ALEX SHNAIDER,

                Defendant.
------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF ADDITIONAL OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

    Plaintiff, Eduard Slinin, files this Notice to inform the Court that he intended to lodge, in the just-filed Pre-Trial Order, objections under Rule 408 of the Federal Rules of Evidence to Defense Exhibits 13, 14, 16, 18 and 19. Defendant's Exhibit List is appended to the Pre-Trial Order as Schedule "2".

                                                   Respectfully submitted,

                                                   Dealy Silberstein & Braverman, LLP
                                                   Attorneys for Plaintiff
                                                   By: _____
                                                       Laurence J. Lebowitz
                                                   225 Broadway - Suite 1405
                                                   New York, New York 10007
                                                   Tel.   (212) 385-0066
                                                   Fax.  (212) 385-2117
                                                   llebowitz@dsblawny.com