# Exhibit 3

to Eduard Slinin's Opposition to
Alex Shnaider's Motions in Limine

```
 1
 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------x
      EDWARD SLININ,
 4
                            Plaintiff,
 5
                            Civil Action No.
 6        -against-
                            1:15-cv-09674 (RJS)
 7
      ALEX SHNAIDER,
 8
                            Defendant.
 9
      ----------------------------------x
10
                  September 15, 2017
11                9:08 a.m.

12

13

14    Deposition of ALEX SHNAIDER, taken by

15    Plaintiff, pursuant to Notice, at the

16    offices of Boies, Shiller & Flexner, LLP,

17    575 Lexington Avenue, New York, New York,

18    before Jowell Falsetta, a certified

19    Shorthand Reporter and Notary Public

20    within and for the State of New York.

21

22

23

24

25
```

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4
     DEALY SILBERSTEIN & BRAVERMAN, LLP
 5      Attorneys for Plaintiff
        225 Broadway, Suite 1405
 6      New York, New York 10007
 7   BY: LAWRENCE J. LEBOWITZ, ESQ.
 8      -and-
 9   ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN
     FORMATO, FERRARA WOLF & CARONE, LLP.
10      Attorneys for Plaintiff
        One Metro Tech Center, Suite 1701
11      Brooklyn, New York 11201
12   BY: ETHAN GERBER, ESQ.
        OLGA ALEINIK ESQ.
13
14
     BOIES, SHILLER & FLEXNER, LLP.
15      Attorneys for Defendant
        575 Lexington Avenue, 7th Floor
16      New York, New York 10022
17   BY: KAREN DYER, ESQ.
        (KDYER@BSFLLP.COM)
18
19
20   ALSO PRESENT:
21   Eduard Slinin
22
23
24
25
```

Page 3

```
 1
 2               S T I P U L A T I O N S:
 3      IT IS HEREBY STIPULATED AND AGREED by
     and between the attorneys for the
 4   respective parties hereto, that this
     examination may be sworn to before any
 5   Notary Public.
 6      IT IS FURTHER STIPULATED AND AGREED that
     the filing and certification of the said
 7   examination shall be waived.
 8      IT IS FURTHER STIPULATED AND AGREED that
     all objections to questions, except as to
 9   the form of the question, shall be
     reserved for the time of trial.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              ALEX SHNAIDER
 2   A L E X    S H N A I D E R,
 3   14600 Westin Road, King City, Ontario
 4   17B1K4, being first duly sworn by Jowell
 5   Falsetta, a Notary Public of the State of
 6   New York, was examined and testified as
 7   follows:
 8   EXAMINATION BY MR. LEBOWITZ:
 9      Q.   Good morning, Mr. Shnaider.
10      A.   Good morning.
11      Q.   My name is Larry Lebowitz.
12   I know we were introduced in the hall
13   by Ms. Dyer.  I am the attorney for
14   Mr. Slinin.
15          To my right is Ethan Gerber, who
16   is co-counsel in this case.  To his
17   left is Mr. Slinin and to Mr. Slinin's
18   left is Olga Aleinik, who is also
19   associated with Mr. Gerber's firm.
20          Ms. Dyer to your right is your
21   attorney; right?
22      A.   Correct.
23      Q.   I am here today to ask you
24   certain questions regarding the case
25   that Mr. Slinin has brought against
```

Page 5

```
 1              ALEX SHNAIDER
 2   you.  And during the course of the
 3   deposition as we go forward, if I ask
 4   you a question, which you do not
 5   understand, please let me know and I'll
 6   repeat the question.
 7          A couple of other rules, if you
 8   want to take a break at any time, let
 9   me know.  I will be happy to
10   accommodate you.  However if there is
11   an open question, I will ask that you
12   answer it before we take a break.
13          Same thing with respect to
14   speaking with your attorney, if you
15   wish to take a break to consult with
16   her, no problem, let me know.
17          Again the only caveat, if there
18   is an open question, I ask you to
19   complete the answer before we take a
20   break.  Have you understood everything
21   I have said?
22      A.   Yes.
23      Q.   Do you speak and understand
24   English fluently?
25      A.   Yes.
```

Page 122

1  ALEX SHNAIDER
2     Do you know if Mr. Slinin gave a
3  statement to the Russian authorities?
4     A.   I believe he did but I don't
5  recall the time or when it was done.
6     Q.   Okay.
7        Did there come a time when you
8  were asked to give a statement to the
9  Russian authorities?
10    A.   Yes.
11    Q.   Did you voluntarily go to
12 Russia to make such a statement?
13    A.   Yes, I was asked by
14 Mr. Slinin and the lawyers at the time
15 to go to Russia because it was already
16 basically the end of the investigation.
17 Apparently everything was already lined
18 up that the investigation will end
19 because we provided all of the
20 contracts from Bombardier,
21 confirmations from Bombardier, that the
22 deposits were paid.  The deposits were
23 non refundable, that the contracts and
24 the planes were available.  Everything
25 was as per the contract.  So there is

Page 123

1  ALEX SHNAIDER
2  no reason to have these investigations.
3        When we provided everything, I
4  was told that it is, the case will not
5  close unless I come to Moscow and give
6  a statement that was already basically
7  prearranged by the lawyers and
8  investigators and thereby the case will
9  be closed.
10    Q.   Okay.
11       When you say "prearranged", you
12 mean that -- well what exactly do you
13 mean when you say was prearranged, that
14 the meeting was scheduled for you to go
15 there?
16    A.   Yes, that it was scheduled
17 for me to come in and that it was all
18 arranged that it will be closed.  That
19 investigators basically subject to my
20 arrival and possibly Mr. Slinin's
21 arrival and I don't recall whether
22 Robert Lee arrived or George Rependa
23 also had to come.
24       All of the people that were
25 involved were as far as I could recall,

Page 124

1  ALEX SHNAIDER
2  had to come to Russia to give a
3  statement and the statement was already
4  prearranged basically.
5     Q.   But so while you were in
6  Russia -- did you in fact go to Russia
7  to make that statement?
8     A.   Yes, I went for like a few
9  days.
10    Q.   Did you give a statement to
11 the Russian authorities under oath?
12    A.   I gave the statement
13 whatever they asked me to do in order
14 to close the case and I did it.
15       MR. LEBOWITZ:  Karen, I
16    produced this to you and I
17    thought I had other copies but I
18    don't.
19       MS. DYER:  I have multiple
20    copies.
21       MR. LEBOWITZ:  Do you have
22    other copies because I'll mark
23    this?
24       MS. DYER:  000439 through
25    443?

Page 125

1  ALEX SHNAIDER
2        MR. LEBOWITZ:  Right.
3        MS. DYER:  I have a clean
4     copy that you can mark.
5        MR. LEBOWITZ:  Shnaider 1,
6     please.
7        (Statement marked for
8  identification, Shnaider Exhibit
9  1.)
10    Q.   Mr. Shnaider, I am going to
11 ask you to take a look at the document
12 that has been marked as Shnaider
13 Exhibit 1.  I'm going to ask you to
14 read it carefully and then I'm going to
15 ask you questions about it.  So please
16 take your time and please read it.
17    A.   Do you have a signed
18 document?
19    Q.   This is what I have.
20    A.   But this is not a signed
21 document.
22    Q.   If I had a document that was
23 signed, I would give it to you but this
24 is the exhibit that I have.
25    A.   Okay so, my name is spelled

Page 126

1  ALEX SHNAIDER
2  wrong, my address is wrong.
3       MS. DYER: Go ahead and
4    read it. Take whatever time you
5    need to review it and then
6    Mr. Lebowitz will ask you
7    whatever questions he wants. And
8    you could note those things but
9    wait for -- I don't think there
10   is a pending question.
11      Q.  I would like you to read it
12  and then we will go through it.
13      A.  Can I ask something?
14      Q.  Ask Ms. Dyer. You cannot
15  ask me.
16      MS. DYER: Let's wait for
17   the question. That is okay, just
18   read it and wait for the
19   question.
20      MR. LEBOWITZ: Let's take
21   a break while he reads that.
22      (A recess was taken.)
23      Q.  Mr. Shnaider, have you had
24  the opportunity to review the document
25  that was marked as Exhibit 1?

Page 127

1  ALEX SHNAIDER
2       A.  Yes.
3       Q.  Do you recognize what that
4  is?
5       A.  I don't recognize this
6  document, no.
7       Q.  Did you make a statement to
8  the Russian authorities in respect to
9  the criminal investigation that you
10 testified about earlier this morning?
11      A.  I recall that I did.
12      Q.  And do you recall whether
13 you made that statement in Moscow?
14      A.  Yes, I did.
15      Q.  And do you recall whether
16 you made it in May of 2009?
17      A.  No, I don't.
18      Q.  Do you recall when you did
19 make that statement?
20      A.  No, I don't recall whether I
21 made that statement.
22      Q.  Were you represented by an
23 attorney in Moscow during the course of
24 the statements that you made?
25      MS. DYER: Objection to

Page 128

1  ALEX SHNAIDER
2  the form.
3       A.  Yes, I was.
4       Q.  What was that attorney's
5  name?
6       A.  Igor Kopende.
7       Q.  Is that an attorney that you
8  retained?
9       A.  Yes. I retained that
10 attorney. He represented both of
11 myself and Mr. Slinin as far as I
12 remember.
13      Q.  So let's go through what I
14 have marked here and see if we could do
15 this with some dispatch.
16      On the first page, in the
17 statement that you gave, were you
18 questioned by a member of the Moscow
19 police?
20      A.  I don't remember who was
21 questioning me.
22      Q.  But you were questioned by
23 some Russian individual?
24      A.  I was questioned by, yes,
25 some Russian individual and that is

Page 129

1  ALEX SHNAIDER
2  correct.
3       Q.  Who did you understand that
4  person to be?
5       A.  An investigator. I don't
6  know if he was working for the Russian
7  police or --
8       Q.  Let's start with the first
9  page, is your date of birth correct on
10 that first page?
11      MS. DYER: Objection to
12   the form.
13      Q.  Do you see where it says
14 date of birth under item two?
15      A.  My date of birth, the year
16 of birth, there is no date, the year of
17 birth is correct.
18      Q.  Okay.
19      A.  And my name is spelled
20 wrong. My kids' names are spelled
21 wrong.
22      Q.  We will go through each
23 item.
24      With respect to item three,
25 place of birth, were you born in

Page 130

1  ALEX SHNAIDER
2  Lindgren?
3  A.  Yes.
4  Q.  Now called St. Petersburg;
5  correct?
6  A.  Correct.
7  Q.  And in May of 2009 did you
8  live at 81 Old Colony Road in Toronto?
9  A.  I lived on 91 Old Colony
10 Road.
11 Q.  And in 2009 were you
12 married?
13 A.  Yes, I was.
14 Q.  And did you have three
15 children?
16 A.  Yes, I did.
17 Q.  Can you tell me were their
18 names Jennifer, Erica and Rebecca?
19 A.  Jennifer, Erica and Rebecca
20 which was born in 2004, not in 2005.
21 Q.  With respect to line 11, is
22 the information regarding your Canadian
23 passport correct?
24 A.  I am not sure. I don't have
25 this passport.

Page 131

1  ALEX SHNAIDER
2  Q.  Did you have a Canadian
3  passport in 2009?
4  A.  Yes.
5  Q.  Did you present it to the
6  authorities for them to view?
7  A.  I don't recall.
8  Q.  Do you see in the second,
9  the lower half, the first page it
10 indicates or makes a statement that you
11 were given certain rights with respect
12 to your, the questions that you were
13 going to be asked.
14    Do you see that?
15    MS. DYER:  Objection to
16 the form.
17 A.  Yes, I see what is written.
18 Q.  Were you in fact advised
19 that you had certain rights with
20 respect to this statement you were
21 going to give?
22 A.  Yes, I was advised that I
23 have certain rights.
24 Q.  Was your --
25    MS. DYER:  Wait, were you

Page 132

1  ALEX SHNAIDER
2  finished?
3  Q.  Are you finished?
4  A.  Yes, I was advised I have
5  certain rights. I don't know if these
6  are the ones.
7  Q.  And was your attorney
8  Mr. Kopende present the entire time you
9  were questioned by the Moscow
10 authorities?
11 A.  I would assume so but I
12 don't recall exactly. I don't recall
13 this particular interrogation or how
14 exactly it took place, who was in the
15 room.
16 Q.  Have you ever been subject
17 to a criminal investigation other than
18 this one?
19    MS. DYER:  Objection to
20 the form.
21 A.  No.
22 Q.  I would imagine that it was
23 somewhat of a significant event.
24    MS. DYER:  Objection to
25 the form.

Page 133

1  ALEX SHNAIDER
2  A.  When it started it was a
3  significant event but it was not a
4  significant event already when I went
5  to Russia because it was supposed to be
6  finished.
7  Q.  Are you familiar with the
8  expression something is ProForma?
9     Do you know what that means?
10 A.  No.
11 Q.  Let's move on. Let's start
12 on the first page or well let's, it
13 would be the second page. So page that
14 ends at the bottom with 440.
15 A.  Uh-huh.
16 Q.  Were you asked a question
17 about whether or not you knew an
18 individual named Kiral Dumov, do you
19 see that on fourth line down or fourth
20 paragraph down?
21 A.  Yes, I see it.
22 Q.  Is as you sit here today do
23 you know who Mr. Dumov is?
24 A.  No, I don't.
25 Q.  Do you know somebody named

Page 134

1   ALEX SHNAIDER
2   Vitali Kachur?
3       A.   I remember meeting somebody
4   that wanted to, that Eddie Slinin sent
5   to meet me that wanted to buy one of my
6   watches. So I would imagine that that
7   is him but I wouldn't even remember
8   what he looks like or who he is and how
9   he fits into this case.
10      Q.   Okay. I am going to go down
11  paragraph by paragraph here and ask you
12  if what is stated in the paragraph is
13  accurate or if you have some
14  disagreement with what is stated.
15      A.   Right.
16      Q.   So let's go to the next
17  paragraph regarding Mr. Perumov.
18           Is there anything in that
19  paragraph that you think is inaccurate?
20           MS. DYER:   Where --
21           MR. LEBOWITZ:   That begins
22      "I don't know George Perumov."
23           MS. DYER:   On P000440?
24           MR. LEBOWITZ:   Yes.
25      A.   It is correct that I don't

Page 135

1   ALEX SHNAIDER
2   know him personally. I don't recall
3   speaking to him on the phone.
4       Q.   Is there any reason as you
5   sit here today to believe that the
6   statement that you made in 2009 about
7   speaking with him during the summer of
8   2008 would be inaccurate?
9            MS. DYER:   Objection to
10      the form.
11      Q.   You could answer.
12           MS. DYER:   This is not a
13      signed statement. Do you have a
14      signed statement, sir?
15           MR. LEBOWITZ:   I don't but
16      I am asking him if --
17           MS. DYER:   You are
18      presenting to him a draft
19      statement. Is your question
20      whether this draft statement --
21           MR. LEBOWITZ:   My question
22      is by reading this --
23           MS. DYER:   Is this
24      accurate as far as he recalls, as
25      far as the chronology?

Page 136

1   ALEX SHNAIDER
2            MR. LEBOWITZ:   That is
3       correct.
4       A.   So what was the question if
5   I -- I don't know Mr. Perumov.
6       Q.   I understand.
7       A.   So --
8       Q.   As you sit here today you
9   have no recollection of having spoken
10  with him?
11      A.   No, I don't have any
12  recollection. I remember somebody
13  called me but I don't know if this is
14  Mr. Perumov or Mr. Perumov's friend or
15  Mr. Perumov's employee. I don't know
16  who called me.
17      Q.   Let's go to the next
18  paragraph, which begins for several
19  years and I'll ask you to tell me if
20  there is anything that is inaccurate in
21  that paragraph?
22      A.   Seems like it.
23      Q.   And the next paragraph,
24  which is "E. Slinin reached out to me"?
25      A.   I don't know if this is the

Page 137

1   ALEX SHNAIDER
2   date, could have been one of the phone
3   conversations that we had with
4   Mr. Slinin.
5       Q.   Other than the date here
6   spring of 2007, is it otherwise an
7   accurate statement?
8       A.   Not really because he knew
9   that I worked with Bombardier. He
10  would not ask me if I worked with
11  Bombardier. He knew I was working with
12  Bombardier, so it is not.
13           MS. DYER:   Is there a
14      correction, I either need to hear
15      the question back so I could
16      listen to it or it needs to be
17      restated, one or the other.
18      Q.   Yes. Can you tell me again
19  in that paragraph what is it that you
20  believe is inaccurate?
21      A.   I communicated with
22  Mr. Slinin quite often. So he wouldn't
23  call me and ask me if I work, if I
24  still work with Bombardier. If I have
25  a connection with Bombardier, he knew I

Page 138

1  ALEX SHNAIDER
2  had a connection with Bombardier. It
3  wasn't in this form that he called me.
4  I don't know if this is the date and I
5  don't know if this is how our
6  conversations started with Mr. Slinin.
7      Again this was written by, I
8  don't know who wrote it. I don't know
9  if it is translated correctly from
10 Russian and this statement was
11 prearranged.
12     Q.   That is fine. That is why
13 I'm going through with you paragraph by
14 paragraph and asking you if there are
15 inaccuracies, for you to tell me what
16 is inaccurate.
17     Let's go to the next paragraph
18 later in late spring.
19     A.   What is the question, if we
20 met in New York?
21     Q.   I am asking you is that
22 statement accurate, right?
23     A.   I don't know if the date is
24 accurate. I don't recall this. I
25 don't recall any of this. Acquiring

Page 139

1  ALEX SHNAIDER
2  more Bombardier aircraft. I don't know
3  where this more is coming from. I
4  don't know if we actually met in New
5  York and discussed this.
6      Q.   Okay.
7      How about the next paragraph
8  which says, "I do remember then at that
9  time."
10     A.   The 30 million mark is
11 correct. The difference between the
12 three and five million, that I don't
13 know if it is correct.
14     Q.   Okay.
15     How about the income paragraph
16 where it begins "I explained to E.
17 Slinin"?
18     A.   I don't think that this is
19 correct because he would not ask me to
20 find out more diligently about
21 anything. We were so far from any
22 contract at that point, that there is
23 no, there is nothing to find out
24 diligently.
25     Nothing turned around how it

Page 140

1  ALEX SHNAIDER
2  really works. There is a question if
3  there is really a buyer that has the
4  funds and at what price he wants to buy
5  it and not how the contracts really
6  work.
7      Q.   How about the next paragraph
8  which is, "Later I explained to Slinin
9  the scheme for the purchase of the
10 aircraft"?
11     A.   Seems correct until the last
12 sentence that "Slinin told me that
13 everything would be fine as he reached
14 a verbal agreement to accumulate
15 Perumov's money in the amount
16 sufficient to pay the first payment on
17 the contract on his account in
18 Switzerland."
19     That I don't know whose account
20 in Switzerland, which money, how much
21 money, I mean.
22     Q.   What about the next
23 paragraph which is the last paragraph
24 or partial paragraph on that page, that
25 begins "some time later"?

Page 141

1  ALEX SHNAIDER
2      A.   I don't know if this is the
3  date but seems correct.
4      Q.   Let's turn now to the next
5  page, which is a page that ends with
6  the three digits 441. And I'll ask you
7  to start with the first full paragraph
8  on that page that begins, "As it was
9  agreed between me and Slinin."
10     And read that paragraph and tell
11 me if you agree with what is stated
12 there?
13     A.   There is a number of things
14 that I cannot comment at this time.
15 For example those are all the companies
16 that were used for Perumov's contracts,
17 seem to be but I don't know because I
18 don't know the names of these
19 companies. Blue Industrial Skies, I
20 mean I remember that company but I
21 don't remember the other one.
22     Q.   Okay.
23     A.   I don't know if this is the
24 share holding 70, 30 between Perumov
25 and Mr. Slinin. And for sure that

Page 142

1  ALEX SHNAIDER
2  Mr. Slinin did not acquire any share of
3  Challenger Aircraft Company or CL 850.
4  It was 100 percent acquired by me. It
5  could have been asked by the lawyer to
6  put Mr. Slinin somehow involved into
7  here in order to basically get, you
8  know, get them out from this
9  investigation also I'm not sure.
10     Q.    Okay.
11           How about the next paragraph,
12  regarding the purchase of the XRS?
13     A.    Does not seem right because
14  the paragraph before already has five
15  offshore companies. So that should
16  have included the XRS. So why would we
17  have five offshore companies and five
18  planes. So it does not seem right.
19     Q.    Next paragraph which begins
20  in late autumn.
21     A.    Again all these dates, I am
22  not sure about.
23     Q.    What about the substance of
24  the paragraph?
25     A.    I don't know. I don't know.

Page 143

1  ALEX SHNAIDER
2  Seems correct but I don't know these
3  dates. I don't know how the money
4  flowed. It says here that Mr. Slinin
5  accumulated the money in his company.
6  So I'm not sure if this is correct or
7  not. I don't know.
8      Q.    Okay, let's go to the next
9  paragraph which says "Robert Lee
10 reported to me."
11     A.    I don't know. I don't know
12 if this is correct or not. Seems
13 reasonable but I don't know how correct
14 it is.
15          MS. DYER:   Don't
16     speculate.
17     Q.    Would it be correct that
18 Robert Lee reported to you?
19     A.    Yes.
20     Q.    Okay.
21           Let's go to the next paragraph,
22 "Funds sufficient to make the first
23 payment".
24     A.    I don't know what was the
25 flow of funds and the amounts.

Page 144

1  ALEX SHNAIDER
2      Q.    Who would have known that?
3      A.    Probably must have documents
4  to show how the funds flowed. I don't
5  have that.
6      Q.    But was it Mr. Lee who kept
7  track of these transactions for you?
8           MS. DYER:   Objection to
9     the form.
10     A.    Mr. Lee, yes, he tracked it.
11     Q.    What about the next
12 paragraph it begins "As far as I know
13 Slinin and Perumov met in January of
14 2008"?
15     A.    I don't recall that at all.
16     Q.    Then the next paragraph "As
17 per Slinin, it started in spring of
18 2008"?
19     A.    I don't know. There are too
20 many details that I don't remember how
21 it took place.
22     Q.    Let me ask you this in the
23 context of that paragraph, would it
24 have been possible for you to assign
25 the CAC or CL 850 between that company

Page 145

1  ALEX SHNAIDER
2  and Bombardier to Perumov or a Perumov
3  SPV?
4           MS. DYER:   Objection to
5     the form.
6      Q.    I am asking you
7  independently of --
8           MS. DYER:   Hold on, hold
9     on.
10     Q.    -- of the statement, it
11 makes certain references to assigning
12 the contract. So I'm asking you what
13 is your understanding of whether or not
14 you could have assigned any of the,
15 whether they were CL 850 or CAC
16 contracts with Bombardier directly to
17 Perumov or one of his SPVs?
18          MS. DYER:   Objection to
19     the form.
20     A.    Theoretically, the intention
21 was to assign the contracts but I just
22 am not sure at which period of time and
23 when these contracts are assigned.
24 After how much money is received before
25 these contracts are assigned. That is

DTI Court Reporting Solutions - New York
1-800-325-3376                                    www.deposition.com

Page 146

1  ALEX SHNAIDER
2  the -- they are supposed to be assigned
3  once the entirety of the deposit or the
4  entirety of profit on these contracts
5  have been transferred. At that time
6  probably you have no more risk but to
7  assign the contract.
8      Q.  And so would Bombardier's
9  permission have to have been obtained
10 in order to assign the contract?
11     A.  Yes, I believe you would
12 need Bombardier's permission. I am not
13 sure how it works. I was not involved
14 in it.
15     Q.  And so if I understood your
16 last answer, once the premium in the
17 purchase price had been received by you
18 and Mr. Slinin, at that point you would
19 assign the contract between CL 850 or
20 CAC and Bombardier to the contracting
21 party that was the SPV?
22         MS. DYER:  Objection to
23     the form.
24     A.  Again, I'm not clear at what
25 point but as soon as I would have no

Page 147

1  ALEX SHNAIDER
2  more liability and I would have all of
3  the profits paid to me, I would
4  probably agree to assign the contract.
5      Q.  When you say all the profits
6  paid to you, you mean your share of the
7  profits?
8      A.  Yes, my share of the
9  profits.
10         MS. DYER:  Objection to
11     the form.
12     Q.  Let's go back to the
13 agreement, please. I think we are up
14 to the last two lines of page 441.
15     A.  Which agreement are you
16 talking about?
17     Q.  Your statement, I am sorry.
18 It begins "I think in August of 2008
19 the three-party agreement," et cetera,
20 et cetera and it carries over on to the
21 next page.
22     A.  So it started in spring
23 or --
24     Q.  The last two lines I think
25 in August of 2008.

Page 148

1  ALEX SHNAIDER
2         MS. DYER:  And the
3     question is?
4         MR. LEBOWITZ:  Let him
5     look at that paragraph and tell
6     me if there is anything stated
7     there that he disagrees with,
8     same question.
9      A.  I don't know what this is.
10     Q.  Okay.
11 What about the next paragraph
12 "At the urging of Perumov on August 18,
13 2008, et cetera."
14     A.  Okay, again I don't know if
15 this took place.
16     Q.  Okay.
17 What about the next paragraph
18 that begins "thus on August 18, 2008"?
19     A.  I don't know if this is, the
20 dates are correct. I don't recall
21 this. I wasn't involved in this.
22     Q.  What about the next
23 paragraph that begins "as far as I
24 know"?
25     A.  Same.

Page 149

1  ALEX SHNAIDER
2      Q.  And finally the last
3  paragraph "They're implementing these"?
4      A.  That seems correct because I
5  know that Blue Industrial Skies at the
6  end was Mr. Slinin's company.
7      Q.  Do you recall when you were
8  in Russia, were you asked to actually
9  sign a statement?
10     A.  I don't recall. I don't
11 recall. I believe so but I don't
12 recall.
13         MR. LEBOWITZ:  Maybe this
14     is a good time for us to take a
15     lunch break since it's 1:15.
16         (A recess was taken.)
17     Q.  Good afternoon, Mr.
18 Shnaider. Let us continue, same rules
19 apply, okay.
20     A.  Yes.
21     Q.  Did there come a time in
22 respect to the contracts that related
23 to Mr. Perumov, that Mr. Shnaider told
24 you --
25     A.  Mr. Shnaider?

Page 202

1  ALEX SHNAIDER
2      MR. LEBOWITZ: I ask that
3  we mark this document as Shnaider
4  2.
5      (E-mail marked for
6  identification, Shnaider Exhibit
7  2.)
8      Q. Mr. Shnaider, if you would
9  look at the copy that has been marked.
10 I ask that you take a look at that and
11 I have a couple of questions for you.
12     A. Okay, do I need to read it?
13     MS. DYER: Only if you
14 feel you need to.
15     Q. I'm only going to ask you a
16 question or two and it is not about the
17 content. I am going to ask you if you
18 have a recollection of getting this
19 document which appears to be an e-mail
20 from Rob Lee to you, with a copy to
21 George Rependa, dated April 11, 2011.
22     A. No, I don't remember this.
23     Q. Do you remember this was Mr.
24 Lee's e-mail address back in 2011, do
25 you know?

Page 203

1  ALEX SHNAIDER
2      A. Yes, it is from Rob Lee and
3  it is dated, yes.
4      Q. And it is addressed to you
5  at the correct e-mail address; correct?
6      A. I don't know. It doesn't
7  say the e-mail address.
8      Q. Do you recognize George
9  Rependa's name on the cc?
10     A. Yes.
11     Q. Do you know whether or not
12 that is his e-mail address?
13     A. Seems like his e-mail
14 address, yes.
15     Q. I'm only interested in the
16 first small paragraph, which says, "I
17 attach a copy below the questions for
18 BBD and my suggested answers in italics
19 below each one."
20     Do you know what the initials
21 BBD stand for there?
22     A. Bombardier.
23     Q. Okay.
24
25

Page 204

1  ALEX SHNAIDER
2      MR. LEBOWITZ: I have no
3  further questions. We are done.
4      (TIME NOTED: 3:04 p.m.)
5
6
   _____
7        ALEX SHNAIDER
8  Subscribed and sworn to before me
9  this     day of       , 2017.
10
11 Notary Public

Page 205

1
2       C E R T I F I C A T E
3  STATE OF NEW YORK )
4                    : ss.
5  COUNTY OF NEW YORK )
6
7      I, JOWELL FALSETTA, a Shorthand
8  Reporter and Notary Public within and for
9  the State of New York, do hereby certify:
10     That ALEX SHNAIDER, the witness
11 whose deposition is hereinbefore set
12 forth, was duly sworn by me and that such
13 deposition is a true record of the
14 testimony given by the witness.
15     I further certify that I am not
16 related to any of the parties to this
17 action by blood or marriage, and that I am
18 in no way interested in the outcome of
19 this matter.
20     IN WITNESS WHEREOF, I have hereunto
21 set my hand this 28th day of September,
22 2017.
23            Jowell Falsetta
               _____
               JOWELL FALSETTA

Page 206

```
                    I N D E X

  EXHIBITS                          PAGE
  Statement marked for              125
  identification, Shnaider Exhibit 1
  E-mail marked for identification, 202
  Shnaider Exhibit 2
  **EXHIBITS RETAINED BY COURT REPORTER ***


  Signature line and jurat..... page 204


  Examination by
  Mr. Lebowitz, pages 4-204
```

Page 207

```
  STATE OF NEW YORK )
                    ss:
  COUNTY OF NEW YORK )
     I wish to make the following changes,
  for the following reasons:
  PAGE LINE ____ ____
         CHANGE FROM: _____
         CHANGE TO:   _____
  REASON: _____

  ____ ____ CHANGE FROM: _____
         CHANGE TO:      _____
  REASON: _____

  ____ ____ CHANGE FROM: _____
         CHANGE TO:      _____
  REASON: _____

  ____ ____ CHANGE FROM: _____
         CHANGE TO:      _____
  REASON: _____
  REASON: _____

  ____ ____ CHANGE FROM: _____
         CHANGE TO:      _____
  REASON: _____

                    _____
  Subscribed and sworn to before me
  this ____ day of _____, 2017.
  _____
```