# Exhibit A

Message

| | |
|---|---|
| From: | Rob Lee [/O=TRADE/OU=TORONTO/CN=RECIPIENTS/CN=ROB] |
| Sent: | 4/11/2011 4:09:21 PM |
| To: | Alex Shnaider [/O=TRADE/OU=TORONTO/CN=RECIPIENTS/CN=A.SHNAIDER] |
| CC: | 'george.rependa@executive-aircraft.com' [george.rependa@executive-aircraft.com] |
| Attachments: | BBD Q&A.doc |

I attach, and have copied below, the questions for BBD and my suggested answers in *italics* below each one. The answers to 3 and 4 require names of individuals. Any comments before requesting BBD to send this?

1. When, where and under what circumstances the four purchase and sale agreements for four CL-600-2B19 version Challenger 850 Executive aircrafts were concluded between Bombardier and Challenger Aircraft Company Ltd.

   *These Aircraft Purchase Agreements were concluded on or around 31 October, 2007, in Canada, under the normal circumstances where an agreement is reached for the sale of an aircraft between a willing buyer and willing seller.*

2. When, where and under what circumstances the purchase and sale agreements for one Bombardier Global Express XRS aircraft was concluded between Bombardier and CL 850 Aircraft Investments Ltd.

   *This Aircraft Purchase Agreement was concluded on or around 21 November, 2007, in Canada, under the normal circumstances where an agreement is reached for the sale of an aircraft between a willing buyer and willing seller.*

3. Who represented the interests of Bombardier Inc. and Challenger Aircraft Company Ltd. when the four purchase and sale agreements for four CL-600-2B19 version Challenger 850 Executive aircrafts were being concluded?

   *Bombardier Inc: Sales department (PL), Manufacturing department and Contracts department (Frank Ercolanese).*

   *Challenger Aircraft Company Ltd: Principals (AS and E Slinin), Aircraft consultant (GR) Financial department (RL)*

CONFIDENTIAL

AS0009544