# Exhibit B

| | |
|---|---|
| From: | **Tom Kayes** tk@kellerlenkner.com |
| Subject: | Slinin v. Shnaider - PX 28 |
| Date: | November 30, 2018 at 9:30 AM |
| To: | Michael P. Bowen MBowen@kasowitz.com, Michael S. Beck MBeck@kasowitz.com, Bradley P. Lerman BLerman@kasowitz.com |
| Cc: | Warren Postman wdp@kellerlenkner.com, Laurence Lebowitz LLebowitz@dsblawny.com, Marquel Reddish mpr@kellerlenkner.com |

Gentleman:

Please find attached plaintiff's exhibit 28. It was an email from Robert Lee to Alex Shnaider and George Rependa, dated April 11, 2011. This exhibit was inadvertently left off of plaintiff's exhibit list. It was quoted in plaintiff's proposed findings of fact and conclusions of law at paragraph 28, but with a mistaken citation to exhibit 23. This exhibit was also exhibit 2 to the deposition of Alex Shnaider.

We will shortly be filing a notice to alert the Court before today's hearing. I apologize for any inconvenience.

Regards,

**Tom Kayes**
Associate

## Keller | Lenkner

150 N. Riverside Plaza, Suite 4270 | Chicago, IL 60606
312.741.5227 | Website | Email

---

Shnaider 2

**Message**

| | |
|---|---|
| From: | Rob Lee [/O=TRADE/OU=TORONTO/CN=RECIPIENTS/CN=ROB] |
| Sent: | 4/11/2011 4:09:21 PM |
| To: | Alex Shnaider [/O=TRADE/OU=TORONTO/CN=RECIPIENTS/CN=A.SHNAIDER] |
| CC: | 'george.rependa@executive-aircraft.com' [george.rependa@executive-aircraft.com] |
| Attachments: | BBD Q&A.doc |

I attach, and have copied below, the questions for BBD and my suggested answers in *italics* below each one. The answers to 3 and 4 require names of individuals. Any comments before requesting BBD to send this?

1. When, where and under what circumstances the four purchase and sale agreements for four CL-600-2B19 version Challenger 850 Executive aircrafts were concluded between Bombardier and Challenger Aircraft Company Ltd.

   *These Aircraft Purchase Agreements were concluded on or around 31 October, 2007, in Canada, under the normal circumstances where an agreement is reached for the sale of an aircraft between a willing buyer and willing seller.*

2. When, where and under what circumstances the purchase and sale agreements for one Bombardier Global

Express XRS aircraft was concluded between Bombardier and CL 850 Aircraft Investments Ltd.

This Aircraft Purchase Agreement was concluded on or around 21 November, 2007, in Canada, under the normal circumstances where an agreement is reached for the sale of an aircraft between a willing buyer and willing seller.

3. Who represented the interests of Bombardier Inc. and Challenger Aircraft Company Ltd. when the four purchase and sale agreements for four CL-600-2B19 version Challenger 850 Executive aircrafts were being concluded?

Bombardier Inc: Sales department (PL), Manufacturing department and Contracts department (Frank Ercolanese).

Challenger Aircraft Company Ltd: Principals (AS and E Slinin), Aircraft consultant (GR) Financial department (RL)

CONFIDENTIAL

AS0009544